# Exhibit 1

US00D957138S

(12) **United States Design Patent** (10) Patent No.: **US D957,138 S**
You  (45) Date of Patent: ** **Jul. 12, 2022**

(54) **SNOW BRUSH**

(71) Applicant: **Ningbo Yongjia Aiduo Auto Parts Manu Co., Ltd.**, Zhejiang (CN)

(72) Inventor: **Haiyong You**, Ningbo (CN)

(73) Assignee: **NINGBO YONGJIA AIDUO AUTO PARTS MANU CO., LTD.**

(**) Term: **15 Years**

(21) Appl. No.: **29/801,137**

(22) Filed: **Jul. 27, 2021**

(51) LOC (13) Cl. .............................................. 04-01
(52) U.S. Cl.
  USPC ......................................................... **D4/118**
(58) **Field of Classification Search**
  USPC ......... D4/116–118, 121, 130, 132, 134, 138; D32/35, 40–42, 46, 49, 51, 52
  CPC .. A46B 3/18; A46B 5/00; A46B 9/021; A46B 11/00; A46B 11/0003; A46B 2200/1053; A45D 40/26; A45D 40/265
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,155,770 B2 * | 1/2007 | Anderson | ............... | A47L 13/12 15/236.02 |
| D656,735 S * | 4/2012 | Zupan | ............... | A46B 15/0055 D4/118 |
| 9,145,112 B1 * | 9/2015 | Ihde | ............... | A46B 5/0054 |
| D834,327 S * | 11/2018 | Tschopp | ............... | D4/118 |
| D834,328 S * | 11/2018 | Thompson | ............... | A47L 13/12 D4/118 |
| D925,234 S * | 7/2021 | Waxman | ............... | D4/118 |
| 2011/0188923 A1 * | 8/2011 | Lafleur | ............... | A46B 15/0055 403/53 |

OTHER PUBLICATIONS

Amazon-AstroAI; "Astro AI . . . Ice Scrapers for Car Windshield . . . "; [online] 'https://www.amazon.com/dp/B08SC32J5H'; dated Jan. 8, 2021; accessed May 7, 2022; 4pgs. (Year: 2021).*

* cited by examiner

*Primary Examiner* — Keli L Hill

(57) **CLAIM**

The ornamental design for snow brush, as shown and described.

**DESCRIPTION**

FIG. **1** is a left side view thereof;
FIG. **2** is a right side view thereof;
FIG. **3** is a bottom view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a front view thereof;
FIG. **6** is a back view thereof;
FIG. **7** is a perspective view thereof; and,
FIG. **8** is another perspective view thereof, shown in use with the handle in an extended position.
The broken lines shown are included for the purpose of illustrating portions of the snow brush that form no part of the claim.

**1 Claim, 7 Drawing Sheets**





FIG 1



FIG 2



FIG 4



FIG 3



FIG 5



FIG 6



FIG 7



FIG 8