Schedule A

| Def. No. | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | haikogengyuanshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3NJZC0ICSBGPD |
| 2 | Amazon | JoyTutus | https://www.amazon.com/sp?ie=UTF8&seller=A18PRIVKS6GS40 |
| 3 | Amazon | ASTROAI CORPORATION | https://www.amazon.com/sp?ie=UTF8&seller=A2NOFZGOKNP3PJd=1 |
| 4 | Amazon | SEGdirect | https://www.amazon.com/sp?ie=UTF8&seller=A68BIGU85PXE61 |
| 5 | Amazon | Tinsaen | https://www.amazon.com/sp?ie=UTF8&seller=A3DCP32BMD5XGA |
| 6 | Amazon | FOVAL TECH | https://www.amazon.com/sp?ie=UTF8&seller=A3SZ3XMX2V34PG |
| 7 | Amazon | ANLINKIN | https://www.amazon.com/sp?ie=UTF8&seller=A1PJIQL12FKA9S |
| 8 | Amazon | FITAM-US | https://www.amazon.com/sp?ie=UTF8&seller=A1O80M7GO6I233 |
| 9 | Amazon | JACOBA | https://www.amazon.com/sp?ie=UTF8&seller=A29UBP9VJEV1RT |
| 10 | Amazon | avivavx | https://www.amazon.com/sp?ie=UTF8&seller=A8ZFT16VG4Z77 |
| 11 | Amazon | yishangeo3931 | https://www.amazon.com/sp?ie=UTF8&seller=AWXH3NOGFZ2S5 |
| 12 | Amazon | F Finec | https://www.amazon.com/sp?ie=UTF8&seller=A3L3T6917YQ03O |
| 13 | Amazon | Ecogo | https://www.amazon.com/sp?ie=UTF8&seller=AAI97IY32BLOF |
| 14 | Amazon | cnrundong | https://www.amazon.com/sp?ie=UTF8&seller=A3SHL4RCFWGJNB |
| 15 | Amazon | chengxiongjian | https://www.amazon.com/sp?ie=UTF8&seller=A3W1T8HL74DTSV |
| 16 | Amazon | rainlilidoll | https://www.amazon.com/sp?ie=UTF8&seller=A2REUW2M3RNQ0P |
| 17 | Amazon | TOTMOX | https://www.amazon.com/sp?ie=UTF8&seller=A10AR28CO2H4MU |
| 18 | Amazon | Jacklynnte | https://www.amazon.com/sp?ie=UTF8&seller=A3D2BRPQPVRCY1 |
| 19 | Amazon | JFFYINgai | https://www.amazon.com/sp?ie=UTF8&seller=ARLK81XI6AEJY |
| 20 | Amazon | Baoyue Home | https://www.amazon.com/sp?ie=UTF8&seller=AJS0G2I6757VA |
| 21 | Amazon | 山西华启生物科技有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A1YURNVTZIR6IN |
| 22 | Amazon | ALIXALL | https://www.amazon.com/sp?ie=UTF8&seller=AH1K3RJIWSEX4 |
| 23 | Amazon | jing&li | https://www.amazon.com/sp?ie=UTF8&seller=AVON4788JRK99 |
| 24 | Amazon | shanxihengzhiyuanjianzhugongchengyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2DID2DI91RA1Q |
| 25 | Amazon | ACME Store2 | https://www.amazon.com/sp?ie=UTF8&seller=A3CNORP8KNX1AP |
| 26 | Amazon | Yu Ni Dianzi | https://www.amazon.com/sp?ie=UTF8&seller=A1FZYOHYGDE5LA |
| 27 | Amazon | Ydana | https://www.amazon.com/sp?ie=UTF8&seller=A1L1DPW9XEKS2R |
| 28 | Amazon | YONG XIAO | https://www.amazon.com/sp?ie=UTF8&seller=ACHOIZDHXNQR9 |
| 29 | Amazon | CharmgleUS | https://www.amazon.com/sp?ie=UTF8&seller=A1QAH75MHLQCBH |
| 30 | Amazon | Amαzon-Clothing 7-15 Day Arrive | https://www.amazon.com/sp?ie=UTF8&seller=AURRJXJNQCFAL |
| 31 | Amazon | GUANG ZHOU DE AN WU LIU YOU XIAN GONG SI | https://www.amazon.com/sp?ie=UTF8&seller=A179E3SM75DT4A |
| 32 | Amazon | BE-STRONG | https://www.amazon.com/sp?ie=UTF8&seller=A1CBX5WERKMCKY |
| 33 | Amazon | xiaolonglongbuhuifei | https://www.amazon.com/sp?ie=UTF8&seller=A1YN4T6ADL840 |
| 34 | Amazon | JJ-RFLK | https://www.amazon.com/sp?ie=UTF8&seller=A2RBO8EQG2NDBB |
| 35 | Amazon | Sophia Lee's Official Store | https://www.amazon.com/sp?ie=UTF8&seller=A2K7UJ9L53GK65 |
| 36 | Amazon | ZhaoQian0407 | https://www.amazon.com/sp?ie=UTF8&seller=A20UM3JBB95I3M |
| 37 | Amazon | ConBlom | https://www.amazon.com/sp?ie=UTF8&seller=A3L1M9BM83DO7U |
| 38 | Amazon | provinceda | https://www.amazon.com/sp?ie=UTF8&seller=A12E42L0SB4YXR |
| 39 | Amazon | WJA-SHOP | https://www.amazon.com/sp?ie=UTF8&seller=A2BM8XXY59Y8GH |
| 40 | Amazon | Paologis Atomired | https://www.amazon.com/sp?ie=UTF8&seller=A203OS7LM00VYU |
| 41 | Amazon | Yang Zhou Lu Yao Xin He Dian Zi Shang Wu You Xian | https://www.amazon.com/sp?ie=UTF8&seller=A3QBJVTW7C8TQB |
| 42 | Amazon | LvLiangshi LiShiqu HanHuangPiJuHuLi HengDaDian | https://www.amazon.com/sp?ie=UTF8&seller=AD6NPHLKCRYNG |
| 43 | Amazon | wetall | https://www.amazon.com/sp?ie=UTF8&seller=A3R3SC5JP0WBUR |
| 44 | Amazon | US 15-20 days delivered | https://www.amazon.com/sp?ie=UTF8&seller=A2RJY3EFQENLSJ |
| 45 | Amazon | Praviar | https://www.amazon.com/sp?ie=UTF8&seller=A25BLWO2PVFSWW |
| 46 | Amazon | ZDXQJBBHD | https://www.amazon.com/sp?ie=UTF8&seller=A1V3A47KOUNSB5 |
| 47 | Amazon | paytoolittle | https://www.amazon.com/sp?ie=UTF8&seller=A26PGCIO9QBYTX |
| 48 | Amazon | shoppingmall-us | https://www.amazon.com/sp?ie=UTF8&seller=A3ECV9Z7LJ7CYO |
| 49 | Amazon | XIAOYUZHUANMAIDIAN | https://www.amazon.com/sp?ie=UTF8&seller=AWZMGJPI44MBP |
| 50 | Amazon | YUANBOO | https://www.amazon.com/sp?ie=UTF8&seller=A3SIQ5912IWG5G |
| 51 | Amazon | Y J FASHOP | https://www.amazon.com/sp?ie=UTF8&seller=A374P2NN6ZIG7M |
| 52 | Amazon | RonnaLonni | https://www.amazon.com/sp?ie=UTF8&seller=A3HNN92GS2FNBC |
| 53 | Amazon | jintai | https://www.amazon.com/sp?ie=UTF8&seller=A3IDRN0CDO8F51 |
| 54 | Amazon | gdaiuwfo | https://www.amazon.com/sp?ie=UTF8&seller=A1P10V4VC3RQVR |
| 55 | Amazon | Joic-Kiz | https://www.amazon.com/sp?ie=UTF8&seller=A13EGTFKMS18W4 |
| 56 | Amazon | BIRDROCK HOME | https://www.amazon.com/sp?ie=UTF8&seller=A21IK3THNPDESD |
| 57 | Amazon | LANNAO Store | https://www.amazon.com/sp?ie=UTF8&seller=A2JSL1OEBG3NLZ |
| 58 | Amazon | songyuanshijiahaowangluokejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A31WV83MY0Z7QJ |
| 59 | Amazon | litymitzromq | https://www.amazon.com/sp?ie=UTF8&seller=A26IX02RSHED90 |
| 60 | Amazon | HOLYTIN | https://www.amazon.com/sp?ie=UTF8&seller=A2G2QZK8TS5DRD |
| 61 | Amazon | Surmounty | https://www.amazon.com/sp?ie=UTF8&seller=A1A2IFMUH5Y33S |
| 62 | Amazon | zhangchong | https://www.amazon.com/sp?ie=UTF8&seller=A2CVQFSC2DJOEH |
| 63 | Amazon | YMshopshop | https://www.amazon.com/sp?ie=UTF8&seller=A3NXNJAQSJ831 |
| 64 | Amazon | Galand | https://www.amazon.com/sp?ie=UTF8&seller=A2F7HK7FV3RBL5 |
| 65 | Amazon | Bruokioptiom | https://www.amazon.com/sp?ie=UTF8&seller=A3BAUTBXNRWJXJ |
| 66 | Amazon | moutaiyanmeizhou | https://www.amazon.com/sp?ie=UTF8&seller=AARCHSM0LZZUA |
| 67 | Amazon | liuyanqiangdedian | https://www.amazon.com/sp?ie=UTF8&seller=A11BNVP183ZK8L |
| 68 | Amazon | JuNuo-home | https://www.amazon.com/sp?ie=UTF8&seller=A1WHY64ZIDQLGZ |
| 69 | Amazon | FungPull | https://www.amazon.com/sp?ie=UTF8&seller=A30NPTUJEN3JC0 |
| 70 | Amazon | TAOTAO HAN | https://www.amazon.com/sp?ie=UTF8&seller=A2IP5B2D5DU5KA |
| 71 | Amazon | taiyuanshiwanbailinqulixiongfeibaihuodain | https://www.amazon.com/sp?ie=UTF8&seller=A1RWGP400ZV5RG |
| 72 | Amazon | Ibuywill | https://www.amazon.com/sp?ie=UTF8&seller=A2SZ2MJH72L6XG |

| # | Platform | Seller | URL |
|---|---|---|---|
| 73 | Amazon | SanHai Auto Parts | https://www.amazon.com/sp?ie=UTF8&seller=A1Y3E9UDFHTBNV |
| 74 | Amazon | DXYAN888 | https://www.amazon.com/sp?ie=UTF8&seller=A194IJ20Z2GDU |
| 75 | Amazon | vicereine | https://www.amazon.com/sp?ie=UTF8&seller=A270IWZ0UZQBY0 |
| 76 | Amazon | VALINK | https://www.amazon.com/sp?ie=UTF8&seller=A1JACII738K1DC |
| 77 | Amazon | XHMC-Supply Company® | https://www.amazon.com/sp?ie=UTF8&seller=A2O90UFJLSJOG7 |
| 78 | Amazon | Evangelia.YM (15-20 Day Delivery) | https://www.amazon.com/sp?ie=UTF8&seller=A1A026YOADSRVP |
| 79 | Amazon | Leswoik Sotre | https://www.amazon.com/sp?ie=UTF8&seller=A24S1TH4YQDKC |
| 80 | Amazon | Halabam | https://www.amazon.com/sp?ie=UTF8&seller=A2Z1NZBBZKVY3N |
| 81 | Amazon | nuoxuanmaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A38C6F53Y0QQOC |
| 82 | Amazon | gifts for women✿✿ldgr✿✿ | https://www.amazon.com/sp?ie=UTF8&seller=A17QL82O2UQ54B |
| 83 | Amazon | wk006 | https://www.amazon.com/sp?ie=UTF8&seller=A3J2JZ7WY9DKMN |
| 84 | Amazon | CQ8888 | https://www.amazon.com/sp?ie=UTF8&seller=A1P4W1VZ6TE04K |
| 85 | Amazon | HappyYunduo | https://www.amazon.com/sp?ie=UTF8&seller=A1CIB2A2BUGZ4M |
| 86 | Amazon | LAIRONAN | https://www.amazon.com/sp?ie=UTF8&seller=ATH0E7XFSKNF7 |
| 87 | Amazon | BUZHI | https://www.amazon.com/sp?ie=UTF8&seller=A2W9RLN1JHKOBC |
| 88 | Amazon | QianXun Pro | https://www.amazon.com/sp?ie=UTF8&seller=A2M3E7XAA4UEX7 |
| 89 | Wish | bhjhdv264 | https://www.wish.com/merchant/5969af554b913a50d5552a1d |
| 90 | eBay | Deals Barn | https://www.ebay.com/str/dealsbarn |
| 91 | eBay | cnsmkauto | https://www.ebay.com/str/cnsmkauto |
| 92 | eBay | hs-120 | https://www.ebay.com/str/hs120 |
| 93 | eBay | trendy4accessories | https://www.ebay.com/usr/trendy4accessories |
| 94 | eBay | goldwoman14 | https://www.ebay.com/str/goldwoman14 |
| 95 | eBay | fer220vip | https://www.ebay.com/str/fer220vip |
| 96 | eBay | mango_5971 | https://www.ebay.com/usr/mango_5971 |
| 97 | eBay | smkauto01 | https://www.ebay.com/str/smkauto01 |
| 98 | eBay | sellsim_2day_shipping | https://www.ebay.com/str/sellsim2dayshipping |
| 99 | eBay | bettolobazaarandbooks | https://www.ebay.com/str/bettolobazaarandbooks |
| 100 | eBay | techcatcher | https://www.ebay.com/str/techcatcher |
| 101 | eBay | infinitycreations1 | https://www.ebay.com/str/infinitycreations1 |
| 102 | eBay | nelagarments | https://www.ebay.com/str/nelagarments |
| 103 | eBay | mekar2847 | https://www.ebay.com/str/mekar2847 |
| 104 | eBay | seo.gu-10 | https://www.ebay.com/usr/seo.gu-10 |
| 105 | eBay | easy-find | https://www.ebay.com/usr/easy-find |
| 106 | eBay | paytoolittle | https://www.ebay.com/usr/paytoolittle |
| 107 | eBay | sawariyacreations3 | https://www.ebay.com/str/sawariyacreations3 |
| 108 | eBay | haigwoodgiftstore | Silvio's Gift Shoppe \| eBay Stores |
| 109 | eBay | jwsautomation | https://www.ebay.com/usr/jwsautomation |
| 110 | eBay | heysti-0 | https://www.ebay.com/usr/heysti-0 |
| 111 | eBay | fxbay99 | https://www.ebay.com/str/fxbay99 |
| 112 | eBay | suckercreekcamp | https://www.ebay.com/str/suckercreekcamp |
| 113 | eBay | tra90040 | https://www.ebay.com/str/tra90040 |
| 114 | eBay | imy0urst0re1 | https://www.ebay.com/str/imy0urst0re1 |
| 115 | eBay | ledhuiyiyu | https://www.ebay.com/str/ledhuiyiyu |
| 116 | eBay | mdamdealstore | https://www.ebay.com/str/mdamdealstore |
| 117 | eBay | vfg28 | https://www.ebay.com/str/vfg28 |
| 118 | eBay | gwsya | https://www.ebay.com/str/gwsya |
| 119 | eBay | discountfunfinds | https://www.ebay.com/str/discountfunfinds |
| 120 | eBay | lightyourheart000 | https://www.ebay.com/str/lightyourheart000 |
| 121 | eBay | youcanduitllc | https://www.ebay.com/str/youcanduitllc |
| 122 | eBay | westplace2 | https://www.ebay.com/str/westplace2 |
| 123 | eBay | bigtimeshoppingmall | https://www.ebay.com/str/bigtimeshoppingmall |
| 124 | eBay | shopwithmeitar | https://www.ebay.com/str/shopwithmeitar |
| 125 | eBay | myhappyplace1 | https://www.ebay.com/str/myhappyplace1 |
| 126 | eBay | fastnfree4u | https://www.ebay.com/str/fastnfree4u |
| 127 | eBay | zerachstore | https://www.ebay.com/str/zerachstore |
| 128 | eBay | nadpu12 | https://www.ebay.com/str/nadpu12 |
| 129 | eBay | 2bgreatshop | https://www.ebay.com/str/2bgreatshop |
| 130 | eBay | yaashstore | https://www.ebay.com/str/yaashstore |
| 131 | eBay | shopava | https://www.ebay.com/str/shopava |
| 132 | eBay | 88digideal | https://www.ebay.com/str/88digideal |
| 133 | eBay | neverup66 | https://www.ebay.com/str/neverup66 |
| 134 | eBay | motormarket | https://www.ebay.com/str/motormarket |
| 135 | eBay | 888digitalusa | https://www.ebay.com/str/888digitalusa |
| 136 | eBay | casta279991 | https://www.ebay.com/str/casta279991 |
| 137 | eBay | sunshinerosegarden888 | https://www.ebay.com/str/sunshinerosegarden888 |
| 138 | eBay | david007m1 | https://www.ebay.com/usr/david007m1 |
| 139 | eBay | goodtoolstore | https://www.ebay.com/str/goodtoolstore |
| 140 | eBay | sfmbargains | https://www.ebay.com/str/sfmbargains |
| 141 | eBay | boughtnowcommerce | https://www.ebay.com/str/sben7382 |
| 142 | eBay | bohothriftbydrea | https://www.ebay.com/str/bohothriftbydrea |
| 143 | eBay | dealsdelivered | dealsdelivered on eBay |
| 144 | eBay | luxxdilliomegastore | https://www.ebay.com/str/luxxdilliomegastore |
| 145 | eBay | perfectdealsusa | https://www.ebay.com/str/perfectdealsusa |

| # | Platform | Seller | URL |
|---|---|---|---|
| 146 | eBay | myloveusa | https://www.ebay.com/str/myloveusa |
| 147 | Wish | Aftonmoon | https://www.wish.com/merchant/56dff74b3a698c1cbf18ce66 |
| 148 | Wish | 4621551 | https://www.wish.com/merchant/59756ebe171974682ac055c0 |
| 149 | Wish | jingjingen | https://www.wish.com/merchant/59746893905fdb5317eece00 |
| 150 | Wish | Unbeatablesale.com | https://www.wish.com/merchant/5877e44ba35cef278491f32e |
| 151 | Wish | salzberg | https://www.wish.com/merchant/5877e44ba35cef278491f32e |
| 152 | Wish | alabama | https://www.wish.com/merchant/5618e21df648920f5006c325 |
| 153 | Wish | Wild Golden flower | https://www.wish.com/merchant/5d4514114c7855609cab845c |
| 154 | Wish | Warm Smile | https://www.wish.com/merchant/58c62cb14f5bb75cd4a6a1ae |
| 155 | Wish | eridu60 | https://www.wish.com/merchant/57340038fea27a5f29e7e962 |
| 156 | Wish | santaclara | https://www.wish.com/merchant/5641d852a5815912adb3c8a7 |
| 157 | Wish | liuqide | https://www.wish.com/merchant/58c8a2294960c16baf6c4dda |
| 158 | Wish | CHEFONTHEGO | https://www.wish.com/merchant/573622f75b73ce5935447d27 |
| 159 | Wish | wangchunhua1 | https://www.wish.com/merchant/5937ff2ab6a1ed40e8798b12 |
| 160 | Wish | putmorether | https://www.wish.com/merchant/5ed5f032a0fe15004b6ddc39 |
| 161 | Wish | huyuanmaoyi | https://www.wish.com/merchant/5a6884aadb0e4273d5fba3dc |
| 162 | Wish | citydiscount | https://www.wish.com/merchant/556575905380814ed6178332 |
| 163 | Wish | The shop of bei jinhong | https://www.wish.com/merchant/5936a7927feb4933a5646f0d |
| 164 | Wish | CCcation | https://www.wish.com/merchant/5ea940df724e392513b5806d |
| 165 | Wish | Adenana | https://www.wish.com/merchant/56e272e8b9eca916bf300254 |
| 166 | Wish | Alabamasun | https://www.wish.com/merchant/56debadda6969d169c792208 |
| 167 | Wish | Isnas | https://www.wish.com/merchant/56c2e9f6607ea311654d25a8 |
| 168 | Wish | linqingjiaju | https://www.wish.com/merchant/5eb28657b06b972d7d5e633c |
| 169 | Wish | anaheim | https://www.wish.com/merchant/561b31cd643d600f42123450 |
| 170 | Wish | Abydos | https://www.wish.com/merchant/56e143e9c3614d1681647df8 |
| 171 | Wish | zhaizhaoxu1 | https://www.wish.com/merchant/58ef5b6b46406517802d2ff5 |
| 172 | Wish | baokangtai | https://www.wish.com/merchant/5ebb6be200973227cf6ebcd6 |
| 173 | walmart | AudewDirect | https://www.walmart.com/seller/101075573?itemId=1456056427&pageNa |
| 174 | walmart | AstroAI | https://www.walmart.com/seller/16482?itemId=926468716&pageName=it |
| 175 | walmart | KOOLATRON INC | https://www.walmart.com/seller/101071541?itemId=505235075&pageNa |
| 176 | walmart | Superio Brand | https://www.walmart.com/seller/10062?itemId=598206048&pageName=it |
| 177 | walmart | GZMTL | https://www.walmart.com/seller/101134603?itemId=1684681534&pageNa |
| 178 | walmart | UnbeatableSale.com | https://www.walmart.com/seller/1148?itemId=771813678&pageName=iter |
| 179 | walmart | AiDeMan | https://www.walmart.com/seller/101097216?itemId=509368133&pageNa |
| 180 | walmart | Wei Ling | https://www.walmart.com/seller/101091587?itemId=1562846333&pageNa |
| 181 | AliExpress | 51 Car Accessories Store | https://www.aliexpress.com/store/1101914962?spm=a2g0o.detail.100005. |
| 182 | AliExpress | VEHIMACH Store | https://www.aliexpress.com/store/1101542165 |
| 183 | AliExpress | AutoMoto Parts Store | https://www.aliexpress.com/store/1101801508 |
| 184 | AliExpress | Professional Car Light Store | https://www.aliexpress.com/store/1102011582 |
| 185 | AliExpress | Leisure and Holidays Store | https://www.aliexpress.com/store/1101366132 |
| 186 | AliExpress | carsafety Store | https://www.aliexpress.com/store/1101368277 |
| 187 | AliExpress | SEAMETAL Official Store | https://www.aliexpress.com/store/1100403255 |
| 188 | AliExpress | Wildest Car Store | https://www.aliexpress.com/store/1101565560 |
| 189 | AliExpress | RuYun life Store | https://www.aliexpress.com/store/1101951309 |
| 190 | AliExpress | Shop5882297 Store | https://www.aliexpress.com/store/1101397900 |
| 191 | AliExpress | Fanxin Auto Supplies Store | https://www.aliexpress.com/store/1102039797 |
| 192 | AliExpress | Shop1102090613 Store | https://www.aliexpress.com/store/1102086604 |
| 193 | AliExpress | Autodeals Store | https://www.aliexpress.com/store/1101383075 |
| 194 | AliExpress | Chris Island Store | https://www.aliexpress.com/store/1101340056 |
| 195 | AliExpress | Goture Fishing Tackle Store | https://www.aliexpress.com/store/1100793467 |
| 196 | AliExpress | BANAX HI-Q Store | https://www.aliexpress.com/store/1100386491 |
| 197 | AliExpress | Overlap Store | https://www.aliexpress.com/store/1102048836 |
| 198 | AliExpress | Shunyou Car & Motorcycle Store | https://www.aliexpress.com/store/1101382611 |
| 199 | AliExpress | Xin Yueni Store | https://www.aliexpress.com/store/1101316461 |
| 200 | AliExpress | Goture Specialty Fishing Store | https://goturespecialtyfishing.aliexpress.com/store/1100792399 |
| 201 | AliExpress | Isfriday Auto Accessories Store | https://www.aliexpress.com/store/1102152703 |
| 202 | AliExpress | Menghao car accessories Store | https://www.aliexpress.com/store/1101327825 |
| 203 | AliExpress | Shop1102090613 Store | https://www.aliexpress.com/store/1102086604 |
| 204 | AliExpress | Car Interior Intelligent Store | https://www.aliexpress.com/store/1101257003 |
| 205 | AliExpress | TSL Auto Parts Store | https://www.aliexpress.com/store/1102342817 |
| 206 | AliExpress | EVEFAITH Store | https://www.aliexpress.com/store/1101325069 |
| 207 | AliExpress | Phoebes Car Store Store | https://www.aliexpress.com/store/1101701308 |
| 208 | AliExpress | Barbiezhou Car & Motorcycle Replacement Store | https://www.aliexpress.com/store/1100789853 |
| 209 | AliExpress | Voilamart Outlet Store | https://www.aliexpress.com/store/1101807731 |
| 210 | AliExpress | Good accessories Store | https://www.aliexpress.com/store/1101813584 |
| 211 | AliExpress | Automobiles & Motorcycle parts Store | https://www.aliexpress.com/store/1101413229 |
| 212 | AliExpress | LISA CAR Accessories Store | https://www.aliexpress.com/store/1101288240 |
| 213 | AliExpress | Cars Motorcycles Store | https://www.aliexpress.com/store/1102193489 |
| 214 | AliExpress | have a good trip Store | https://www.aliexpress.com/store/1101919608 |
| 215 | AliExpress | DAVO Store | https://www.aliexpress.com/store/1101681295 |
| 216 | AliExpress | Shop1102179306 Store | https://www.aliexpress.com/store/1102179307 |
| 217 | AliExpress | Car Accessories Dropship Store | https://www.aliexpress.com/store/1101388467 |
| 218 | AliExpress | Global Dropship 2 Store | https://www.aliexpress.com/store/1101297576 |

| # | Platform | Store Name | URL |
|---|---|---|---|
| 219 | AliExpress | comfort driving Store | https://www.aliexpress.com/store/1101920279 |
| 220 | AliExpress | Car World owrm Store | https://www.aliexpress.com/store/1101238878 |
| 221 | AliExpress | New Energy Auto Parts Store | https://www.aliexpress.com/store/1101789340 |
| 222 | AliExpress | There comes a Car!!!3278 Store | https://www.aliexpress.com/store/1101289302 |
| 223 | AliExpress | Car Re-Decoration Store | https://www.aliexpress.com/store/1101745445 |
| 224 | AliExpress | Shop4690144 Store | https://www.aliexpress.com/store/1101312221 |
| 225 | AliExpress | BX CAR PARTS Store | https://www.aliexpress.com/store/1101932794 |
| 226 | AliExpress | Sabi Outlet Store | https://www.aliexpress.com/store/1101801684 |
| 227 | AliExpress | Auto-Motorcycles Store | https://www.aliexpress.com/store/1101983233 |
| 228 | AliExpress | RF Car & Motor Store Store | https://www.aliexpress.com/store/1101816282 |
| 229 | AliExpress | Zhuoshilang Co., Ltd. Store | https://zhuoshilang.aliexpress.com/store/1100844698 |
| 230 | AliExpress | Have a good Driving Store | https://www.aliexpress.com/store/1101914458 |
| 231 | AliExpress | Auto-world Store | https://www.aliexpress.com/store/1101738624 |
| 232 | AliExpress | RSH Online Store | https://www.aliexpress.com/store/1101920072 |
| 233 | AliExpress | Have a good Driving Store | https://www.aliexpress.com/store/1101914458 |
| 234 | AliExpress | Car Re-Decoration Store | https://www.aliexpress.com/store/1101745445 |
| 235 | AliExpress | Shop4690144 Store | https://www.aliexpress.com/store/1101312221 |
| 236 | AliExpress | The Carmall Store | https://www.aliexpress.com/store/1101074872 |
| 237 | AliExpress | Wild Racer Store | https://www.aliexpress.com/store/1102412552 |
| 238 | AliExpress | Auto Parts Quality Selection Store | https://www.aliexpress.com/store/1102334821 |
| 239 | AliExpress | Sakuragi Car Goods Store | https://www.aliexpress.com/store/1101573567 |
| 240 | AliExpress | Morden Car Store | https://www.aliexpress.com/store/1101767223 |
| 241 | AliExpress | Car Light Accessories Drop Ship Store | https://www.aliexpress.com/store/1101349857 |
| 242 | AliExpress | PECHAM Cleaning Supplies Store | https://www.aliexpress.com/store/1101588383 |
| 243 | AliExpress | Zhuoshilang Co., Ltd. Store | https://zhuoshilang.aliexpress.com/store/1100844698 |
| 244 | AliExpress | LYN Car Parts Store | https://www.aliexpress.com/store/1101982388 |
| 245 | AliExpress | Car + Motorcycle Store | https://www.aliexpress.com/store/1101929499 |
| 246 | AliExpress | Car Interior Intelligent Store | https://www.aliexpress.com/store/1101257003 |
| 247 | AliExpress | LY Car Accessories Store | https://www.aliexpress.com/store/1101655756 |
| 248 | AliExpress | Auto Hub Store | https://www.aliexpress.com/store/1102196332 |
| 249 | AliExpress | Happiness Car Life Store | https://www.aliexpress.com/store/1101607572 |
| 250 | AliExpress | Audew Car Clean Auto Parts Store | https://www.aliexpress.com/store/1101276423 |
| 251 | AliExpress | Tohuu Store | https://www.aliexpress.com/store/1101268924 |
| 252 | AliExpress | Auto-Motorcycles Store | https://www.aliexpress.com/store/1101983233 |
| 253 | AliExpress | T auto parts Store | https://www.aliexpress.com/store/1101335589 |
| 254 | AliExpress | VexUp Automotive Parts Store | https://www.aliexpress.com/store/1101574308 |
| 255 | AliExpress | QM--D Store | https://www.aliexpress.com/store/1101922288 |
| 256 | AliExpress | CarBoy 318 Store | https://www.aliexpress.com/store/1102408572 |
| 257 | AliExpress | Car's Motorcycle House Store | https://www.aliexpress.com/store/1101832766 |
| 258 | AliExpress | Build Your Car Fun Store | https://www.aliexpress.com/store/1101301122 |
| 259 | AliExpress | Automobile-Parts Store | https://www.aliexpress.com/store/1101298976 |
| 260 | AliExpress | Vandi's Car Accessories Store Store | https://www.aliexpress.com/store/1101838026 |
| 261 | AliExpress | Chippet Store | https://www.aliexpress.com/store/1101988439 |
| 262 | AliExpress | Shop1102435289 Store | https://www.aliexpress.com/store/1102437281 |
| 263 | AliExpress | Car essentials Store | https://www.aliexpress.com/store/1101851501 |
| 264 | AliExpress | Shop1102179306 Store | https://www.aliexpress.com/store/1102179307 |
| 265 | AliExpress | YEAH CAR Store | https://www.aliexpress.com/store/1101783998 |
| 266 | AliExpress | Automobiles & Motorcycle parts Store | https://www.aliexpress.com/store/1101413229 |
| 267 | Wish | duyindinyi | https://www.wish.com/merchant/5d954b016c459a3bd1b6c759 |
| 268 | Wish | yunshanghaoyun | https://www.wish.com/merchant/5995632d21064f6d66191d37 |
| 269 | Wish | Shenzhen Bluelans Network CO., LTD. | https://www.wish.com/merchant/5534bdb73b6cc80c1bafdcd3 |
| 270 | Wish | Lxxd | https://www.wish.com/merchant/59478697134b3508ea92a771 |
| 271 | Wish | glendale | https://www.wish.com/merchant/561bb1a0643d600f68123f9e |
| 272 | Wish | topeka | https://www.wish.com/merchant/564316cfdfb6b1288753f8f4 |
| 273 | Wish | lascaux815 | https://www.wish.com/merchant/590883adfc9cce1702853d96 |
| 274 | Wish | Blancomoon | https://www.wish.com/merchant/56e299e0969fc0168b0669e1 |
| 275 | Wish | berkeley | https://www.wish.com/merchant/561b77151f1ffb0f777db4bc |
| 276 | Wish | fanstybuliding | https://www.wish.com/merchant/58f5afeae2a53b4882709ee8 |
| 277 | Wish | fdgdfgd | https://www.wish.com/merchant/59426f2715fb6305f610a1e8 |
| 278 | Wish | lclxihuantree | https://www.wish.com/merchant/5b12394f7e43f27e3f5eab69 |
| 279 | Wish | irvine | https://www.wish.com/merchant/563dd05a8499c3243626e87a |
| 280 | Wish | Adilcevazmoon | https://www.wish.com/merchant/56dec1a90f2a81169f15015a |
| 281 | Wish | Zarate | https://www.wish.com/merchant/56d687dbfc19dd16c22018ec |
| 282 | Wish | Aimensan | https://www.wish.com/merchant/56e13bafe3749434d5a09fbf |
| 283 | Wish | fdwordsswe | https://www.wish.com/merchant/5eb8b5cf422fd009049d786c |
| 284 | Wish | jhelum100 | https://www.wish.com/merchant/573bd0996ee9565916ae56bd |
| 285 | Wish | myxhi | https://www.wish.com/merchant/59784ee98696be512adf00fc |
| 286 | Wish | columbus | https://www.wish.com/merchant/561bb80937552b0f85d138c4 |
| 287 | Wish | wwUdf449rQQ | https://www.wish.com/merchant/5e97c0f5c5311e0803c5cac0 |
| 288 | Wish | shiliangvector | https://www.wish.com/merchant/5995b9ab439a982ba0a26feb |
| 289 | Wish | Hdhdhdb | https://www.wish.com/merchant/5815d952f386fa197b35839b |
| 290 | Wish | xinlihanlight | https://www.wish.com/merchant/5ebce2a443c54c6e1c5f125c |
| 291 | Wish | xiajinghan | https://www.wish.com/merchant/595737b282a8546b97d1d84c |

| 292 | Wish | huntington | https://www.wish.com/merchant/56221db46712421c3aaeba5f |
| 293 | Wish | gongsi147 | https://www.wish.com/merchant/5971f6b3e534487a99708a1f |
| 294 | Wish | zhuyongqiang | https://www.wish.com/merchant/5937a9338635f02dc71d6c22 |
| 295 | Wish | Adilceazo | https://www.wish.com/merchant/56e27a7e31dc8116aed60944 |
| 296 | Wish | shineweb | https://www.wish.com/merchant/5577b53c428dd01d2e5b0892 |
| 297 | Wish | oyl54454 | https://www.wish.com/merchant/5dca282f70551105a73ddff0 |
| 298 | Wish | Junnan Hometextile | https://www.wish.com/merchant/5dd23effdd0c387255a3d4ff |
| 299 | Wish | bohuida | https://www.wish.com/merchant/5e9e9d6c29e78625811c721b |
| 300 | Wish | blueprint2099 | https://www.wish.com/merchant/58882322d6e7594ccac802a6 |
| 301 | Wish | huangyongrui | https://www.wish.com/merchant/597437ce54617368cf01caff |