UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24022-BB

NINGBO YONGJIA AIDUO
AUTO PARTS MANU CO., LTD.,

 Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

 Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following Defendants:

ASTROAI CORPORATION (Defendant No. 3 on Schedule "A" to the Complaint)

paytoolittle (Defendant No. 47 on Schedule "A" to the Complaint)

BIRDROCK HOME (Defendant No. 56 on Schedule "A" to the Complaint)

Respectfully submitted on this  6rd day of February, 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: apuentes@rubiolegal.cm
Email: info@rubiolegal.com

1

By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059
M. Arabella Puentes, Esq
Florida Bar No. 26825