UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-24270-GAYLES

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's, Waxman Sales LLC, d/b/a Birdrock Home ("Birdrock Home"), Unopposed Motion to Modify *Ex Parte* Temporary Restraining Order ("Motion"), [ECF No. 26]; and Plaintiff's Notice of Voluntary Dismissal, [ECF No. 21]. The Court has reviewed the Motion, the Notice, and the record and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion [ECF No. 26] is **GRANTED**.

2. The *Ex Parte* Temporary Restraining Order [ECF No. 14] is hereby modified so as not to include Birdrock Home (Defendant No. 56 of Schedule A of the Complaint).

3. Birdrock Home is stricken from Schedule A of the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of February, 2023.

                                                             _____
                                                             DARRIN P. GAYLES
                                                             UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record