UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-24270-GAYLES

NINGBO YONGJIA AIDUO
AUTO PARTS MANU CO., LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.
_____/

## ORDER GRANTING MOTION TO UNSEAL

**THIS CAUSE** comes before the Court on Plaintiff NINGBO YONGJIA AIDUO AUTO PARTS MANU CO., LTD.'s Motion to Unseal ("Motion") [ECF No. 41]. The Court has carefully reviewed the Motion and the record and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Unseal, [ECF No. 41], is **GRANTED**;

2. The Clerk of Court is directed to unseal all docket entries in this case and return those portions of the Court file to the public records; and

3. The Clerk of Court is directed to **OPEN** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of February, 2023.

                                              _____
                                              DARRIN P. GAYLES
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record