# EXHIBIT A

Defendant No.: **56**

Store Name: **BIRDROCK HOME**

Deliver to Felipe
Miami 33156    All ▾    EN ▾    Hello, Bri
Account & Lists ▾    Returns
& Orders    🛒 0

All    New Year Sale    Livestreams    Audible    TV & Video    Coupons    Find a Gift    prime THURSDAY NIGHT FOOTBALL   42:01:33

# BIRDROCK HOME

Visit the BIRDROCK HOME storefront

**91% positive** in the last 12 months (3400 ratings)

## About Seller

Since 2008, BirdRock Brands has been dedicated to providing an extensive array of high-quality products for the home, garden, automobile, and garage. We take pride in our products and back them up with friendly and helpful customer support. Our Brands include BirdRock Home, Sofia + Sam, Snow MOOver, Stadium Boss and Internet's Best.

**BirdRock Brands is an American owned business based in Austin, Texas.**

### Have a question for BIRDROCK HOME?

Ask a question

Customer Service Phone: 888-436-7694

## Feedback

4.6 out of 5
3,400 ratings

12 months

3400 total feedbacks in 12 months

| Stars | | Percentage |
|---|---|---|
| 5 star | ████████████████ | 84% |
| 4 star | █ | 7% |
| 3 star | ▌ | 2% |
| 2 star | ▌ | 1% |
| 1 star | █ | 5% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

" Thank you "
By Michael J Bailey on December 28, 2022.

" Nice woven basket "
By Michael on December 28, 2022.

" Excellent seller
 AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA "
By James Murphy on December 28, 2022.

" Product is great!! "
By Amazon Customer on December 27, 2022.

" Sent back it is nice but with the wrist guard it keeps smaller laptop (13 in ) to far away for comfortable work. ALso resent getting charged half the price in r... "
Read more
By Amazon Customer on December 27, 2022.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Waxman Sales, LLC
**Business Address:**

**Business Address:**
11612 FM 2244 SUITE 1-200
SUITE 1-200
Austin
TX
78738
US

## Shipping Policies

## Other Policies

## Frequently Asked Questions

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback     Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Amazon Assistant
Help

English     United States

Amazon Music          Amazon              Amazon Drive         6pm          AbeBooks           ACX                Sell on Amazon
Stream millions       Advertising         Cloud storage                     Books, art                            Start a Selling Account
of songs                                  from Amazon                       & collectibles

12/28/22, 8:58 PM
Amazon.com: Snow Moover Extendable Snow Brush with Detachable Ice Scraper for Car | 39" Wide Squeegee & Bristle He…

Case 1:22-cv-24270-DPG Document 56-1 Entered on FLSD Docket 01/07/2023 Page 5 of 6

Deliver to Felipe Miami 33156

All

snow+brush

EN

Hello, Bri
Account & Lists

Returns & Orders

0

All  New Year Sale  Livestreams  Audible  TV & Video  Coupons  Find a Gift  Video Games

Automotive  Your Garage  Deals & Rebates  Best Sellers  Parts  Accessories  Tools & Equipment  Car Care  Motorcycle & Powersports  Truck  RV

THURSDAY NIGHT FOOTBALL  18 : 02 : 01

AstroAI 47.2 inch Pivoting Ice Scraper    $30.99 prime

## Customers who viewed this item also viewed

Sponsored

BIRDROCK HOME 60" Extendable Snow Brush with Detachable Ice Scraper for Car | 13" Wide Foam & Bristle Head |
1,668
$33.49

BIRDROCK HOME 55" Extendable Snow Brush with Detachable Ice Scraper for Car | 14" Wide Foam Head | Size:
3,457
$37.82

GEJRIO Ice Scraper for Car Windshield, 34" to 41.5" Extendable Snow Brush, Telescoping Snow Scraper for
1,724
$26.09

Automotive › Exterior Accessories › Snow & Ice › Ice Scrapers & Snow Brushes

3 VIDEOS

Click image to open expanded view

$32.96

FREE Returns

Get 40% off eligible products sold and shipped by Amazon when you pay with Discover rewards. Max discount $40. Activation required. Limited-time offer, see terms.

Size: **39 inch**

| 39 inch | 39 Inch (Pack of 1) |
|---|---|
| $32.96 | $35.96 ($35.96 / Count) |

| Large - 58 inch |
|---|
| $32.96 |

- DIMENSIONS: Extended Dimensions: 11" Width x 6" Depth x 39" Height; Dimensions: 11" Width x 6" Depth x 31" Height; Weight: 2 lbs.
- VEHICLE COMPATIBILITY: Cars, SUVs, and Small Trucks

Secure transaction

Ships from  Amazon
Sold by  BIRDROCK HOME
Packaging  Shows what's inside. Item of…

Details

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

New (2) from $32.96

**Other Sellers on Amazon**

$32.96    Add to Cart
Sold by: BIRDROCK HOME

Have one to sell?
Sell on Amazon

## Checkout (1 item) 

| 1 | Shipping address |  MIAMI, FL 33156-3171 Add delivery instructions | Change |
|---|---|---|---|
| 2 | Payment method | VISA ████████ Billing address: ████████ | Change |

**Add a gift card or promotion code or voucher**

[ Enter code ] [ Apply ]

| | | |
|---|---|---|
| | Place your order | |
| | By placing your order, you agree to Amazon's privacy notice and conditions of use. | |

**Order Summary**

| Items: | $32.96 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $32.96 |
| Estimated tax to be collected: | $2.31 |
| **Order total:** | **$35.27** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

### 3 Review items and shipping

**Delivery: Dec. 31, 2022** If you order in the next 19 hours and 32 minutes (Details)
Items shipped from Amazon.com



Snow MOOver 39" Extendable Snow Brush with Detachable Ice Scraper for Car | 11" Wide Squeegee & Bristle Head | Size: Car & SUV | Lightweight Aluminum Body with Ergonomic Grip | Windshield Paint Safe
$32.96
& FREE Returns
Qty: 1
Sold by: BIRDROCK HOME
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

[ Ship in Amazon packaging ]

**Choose a delivery option:**
- ◉ **Saturday, Dec. 31**
  FREE Prime Delivery
- ○ **Saturday, Dec. 31**
  FREE Amazon Day Delivery
  Orders arrive by your preferred day. **Some orders may arrive a day early.**
  Change day
- ○ **Friday, Jan. 6**
  FREE No-Rush Shipping
  Get a $1 reward for select digital purchases. One reward per purchase.
  Details

| | |
|---|---|
| Place your order | **Order total: $35.27** By placing your order, you agree to Amazon's privacy notice and conditions of use. |

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.