# EXHIBIT D

To provide a better shopping experience, our website uses cookies. Continuing use of the site implies consent.   ×

USE CODE 15OFF AT CHECKOUT FOR 15% OFF YOUR NEXT ORDER

FREE SHIPPING ON ALL ORDERS    Login or Register    Quick Order



SHOP ALL   AUTOMOTIVE   HOME   OUTDOOR   PET SUPPLIES   OFFICE   SEASONAL

SERVEWARE

Home > About Us | BirdRock Home

Since 2008, BirdRock Brands has been dedicated to providing an extensive array of high quality products for the home, garden, automobile, and garage. We take pride in our products and back them up with friendly and helpful customer support.

Home Office:
- AUSTIN, TX

Fulfillment Centers:
- RENO, NV
- LOUISVILLE, KY
- BREINIGSVILLE, PA

Satellite Office:
- NINGBO, CHINA

Our brands:
- SOFIA & SAM
- SNOW MOOVER
- BIRDROCK HOME
- STADIUM BOSS






HERE TO HELP

Contact Us
About Us
Privacy & Cookies
Jobs
Terms & Conditions
Wholesale Inquiries

© 2023 BirdRock Brands All rights reserved.