# EXHIBIT E

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**NINGBO YONGJIA AIDUO**
**AUTO PARTS MANU CO., LTD.,**

     Plaintiff,

     v.

**THE INDIVIDUALS, PARTNERSHIPS**
**AND UNINCORPORATED**
**ASSOCIATIONS IDENTIFIED ON**
**SCHEDULE "A",** including
**WAXMAN SALES, LLC,** a Texas limited
liability company,

     Defendants.

**Case No.: 1:22-cv-24270-DPG**

## DECLARATION OF STEWART N. MESHER

Stewart N. Mesher declares and states as follows:

1.     I am a Partner at the law firm of K&L Gates, LLP.

2.     I am responsible for invoicing Waxman Sales, LLC for the work done by K&L Gates, LLP.

3.     Attached as Exhibit E is a true and correct copy of a K&L Gates, LLP invoice from the time period of February 1, 2023 to February 28, 2023 for work related to the suit filed against Waxman Sales, LLC by Ningbo Yongjia Aiduo Auto Parts Manu Co., Ltd.

4.     I am over the age of 18 and am competent to make this Declaration.  I have personal knowledge of the matters stated herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on March 8, 2023.

                                   */s/ Stewart N. Mesher*
                                   Stewart N. Mesher

# K&L GATES

**K&L GATES LLP**

2801 VIA FORTUNA, SUITE 650
AUSTIN, TX 78746
T 512.482.6800  F 512.482.6859  klgates.com
Tax ID No. 25 0921018

Waxman Sales, LLC
11612 Bee Caves Road. #1-200
Austin, TX 78737

| | | |
|---|---|---|
| Invoice Date | : | March 7, 2023 |
| Invoice Number | : | 4158680 |
| Services Through | : | February 28, 2023 |
| Our File Number | : | 2607156 |

---

### XYZ CORP/NINGBO LITIGATION (41100)

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 02/03/23 | S. Mesher | 3.10 | Attention to correspondence with client re TRO/Asset Freeze; call with Ms. Kendall Raisbeck regarding same; further investigate matter and confer with Mr. Pogorzelski regarding same; confer with Mr. Morton in Miami regarding SDFL procedures and requesting assistance regarding emergency motion; additional investigation of matter direct activities of Mr. Pogorzelski regarding potential actions against Plaintiff | 1,984.00 |
| 02/03/23 | J. B. Morton | 0.50 | Analyze papers; strategize regarding next steps | 407.50 |
| 02/03/23 | H. M. Pogorzelski | 4.60 | Initial investigation of client situation, including discussions with client representative, and attorneys S. Mesher and J. Morten, and research regarding similar anonymous lawsuits; formulate preliminary strategy; | 2,737.00 |

---

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N.A,                  Beneficiary: K&L Gates LLP            Routing/ABA: 043000096
                                           500 First Ave 92                       Acct No.: 1077692783                 Swift Code: PNCCUS33
                                           Pittsburgh, PA 15219

Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | forward to S. Mesher with impressions | |
| 02/04/23 | S. Mesher | 2.30 | Confer with and instruct Mr. Pogorzelski the plan regarding asset freeze; correspondence with Ms. Raisbeck regarding volume of sales and lost revenues and irreparable harm; follow up with Mr. Morton regarding appearance in litigation; call with Mr. Waxman and further communications with Mr. Waxman regarding contact with Plaintiff and issues in matter; further communications with Mr. Pogorzelski regarding issues in matter and responding to same | 1,472.00 |
| 02/04/23 | J. B. Morton | 0.60 | Strategize regarding response; strategize regarding research | 489.00 |
| 02/04/23 | H. M. Pogorzelski | 3.40 | Obtain samples of likely accused snow brush products; discussions with client representative K. Raisbeck regarding accused products; follow up with team to begin work on declaration, legal research into standard for dissolving TRO, and related matters | 2,023.00 |
| 02/05/23 | R. M. Johnson | 0.70 | Strategizing next steps in light of ex parte injunction filed against client | 416.50 |
| 02/05/23 | R. M. Johnson | 0.20 | Finalizing notices of appearance | 119.00 |
| 02/05/23 | R. M. Johnson | 0.10 | Reviewing case docket | 59.50 |
| 02/05/23 | R. M. Johnson | 2.40 | Researching Federal case law regarding standard to dissolve temporary restraining order | 1,428.00 |
| 02/05/23 | R. M. Johnson | 0.30 | Researching standard to dissolve preliminary injunction | 178.50 |
| 02/05/23 | R. M. Johnson | 0.40 | Drafting summary of findings/recommendation of next steps | 238.00 |
| 02/05/23 | S. Mesher | 1.80 | Multiple calls with and instructions to Mr. Pogorzelski regarding status of matter and | 1,152.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | proposed demand to opposing counsel | |
| 02/05/23 | J. B. Morton | 0.30 | Analyze correspondence and communication | 244.50 |
| 02/05/23 | H. M. Pogorzelski | 8.40 | Discussion with R. Johnson regarding state of lawsuit filed by anonymous plaintiff; continue preparing declarations for client representative regarding venue and irreparable harm caused by withholding of payment from Amazon; attention to appearance by K&L Gates counsel in Miami, and my PHV application; finalize and send letter; report back to client | 4,998.00 |
| 02/06/23 | R. M. Johnson | 0.60 | Drafting motion to modify TRO | 357.00 |
| 02/06/23 | R. M. Johnson | 0.20 | Drafting proposed order granting motion to modify TRO | 119.00 |
| 02/06/23 | S. Mesher | 3.80 | Attention to potential design patent and information from client regarding same as well as owner thereof, dismissal without prejudice by Plaintiff; call with Mr. Morton and call with Mr. Waxman regarding dismissal; instruct Mr. Pogorzelski regarding additional issues requiring redress, including loss of sales position and retraction of takedown as erroneous and client access to frozen funding as well as motion to modify TRO further communications with client regarding same | 2,432.00 |
| 02/06/23 | J. B. Morton | 1.30 | Strategize regarding case; review dismissal; draft motion to modify | 1,059.50 |
| 02/06/23 | H. M. Pogorzelski | 8.20 | Review of voluntary dismissal and analysis of case materials provided by Plaintiff's counsel; confer with team and client regarding next steps; discussions with client and Plaintiff regarding retraction of TRO to Amazon; directions to prepare motion to modify TRO; | 4,879.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | coordinate with Miami team to finalize and file the same; discussions with client regarding quantification of damages caused by withholding by Amazon.com of payment; brief research regarding exceptional case provisions; strategize with team regarding recovery of attorneys' fees | |
| 02/07/23 | R. M. Johnson | 0.20 | Communicating with clerk to ensure entry of order modifying TRO | 119.00 |
| 02/07/23 | A. M. Lucas | 0.50 | Waxman litigation matter correspondence | 137.50 |
| 02/07/23 | S. Mesher | 2.00 | Communications with client and Mr. Pogorzelski regarding improper takedown and Amazon penalties along with frozen funds; attention to proposed motion to modify restraining order and issues with pre-filing investigation by Plaintiff and potential sanctions regarding same | 1,280.00 |
| 02/07/23 | J. B. Morton | 0.80 | Analyze Order on Motion to Modify; strategize regarding same; strategize regarding fees; strategize regarding damages | 652.00 |
| 02/07/23 | H. M. Pogorzelski | 6.40 | Follow up with client to memorialize ongoing damages; confer with team regarding next steps; further analysis of Plaintiff's complaint and TRO materials; discussions with team regarding strategy for minimizing client damages and securing attorney fees; follow up with team regarding status of expedited motion to modify TRO; forward TRO to client with brief explanation; confirm client payment status; forward to Plaintiff with demand that Plaintiff continue discussions with Amazon to expedite payment; report back to client | 3,808.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | regarding the same; ██████ ██████ in support of position that Plaintiff performed inadequate pre-filing investigation; further consideration regarding strategy to force Plaintiff to provide full compensation for client losses; email to team to request input regarding the same | |
| 02/08/23 | S. Mesher | 0.70 | Call with client regarding status of matter and declaration needed for damages | 448.00 |
| 02/08/23 | S. Mesher | 0.70 | Call with Mr. Waxman regarding financial issues caused by improper takedown and potential resolution of related problems | 448.00 |
| 02/08/23 | S. Mesher | 0.60 | Research Plaintiff's activities and sales, report on same to client | 384.00 |
| 02/08/23 | J. B. Morton | 0.50 | Review sanctions research; strategize regarding fees | 407.50 |
| 02/08/23 | H. M. Pogorzelski | 1.50 | Research deadlines for filing 35 USC 285 motion; confer with docketing group regarding the same; discussions with client and S. Mesher regarding client status and next steps for recovery of damages and attorney fees; consideration of IP claims regarding product of the Plaintiff | 892.50 |
| 02/09/23 | R. M. Johnson | 1.50 | Researching case law to determine next to steps to recover bond and bring claims against Plaintiff | 892.50 |
| 02/09/23 | S. Mesher | 0.60 | Review Plaintiff pleadings for potential sanctions filing | 384.00 |
| 02/09/23 | S. Mesher | 0.40 | Attention to court filings and dismissals, communications with Mr. Pogorzelski regarding potential sanctions against Plaintiff | 256.00 |
| 02/09/23 | J. B. Morton | 1.20 | Strategize regarding malicious prosecution and prevailing | 978.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | party claims; strategize regarding next steps | |
| 02/09/23 | H. M. Pogorzelski | 3.20 | Consideration of ██████████ consultation with team regarding the same; consideration of legal research provided by R. Johnson, regarding moving to obtain bond on TRO; follow up with client regarding retention of funds by Amazon.com; discussions with Plaintiff, regarding dismissal with prejudice; report back to team to strategize regarding options | 1,904.00 |
| 02/10/23 | R. M. Johnson | 1.00 | Strategizing next steps in light of release of funds | 595.00 |
| 02/10/23 | R. M. Johnson | 2.00 | Researching sanction options under Federal law | 1,190.00 |
| 02/10/23 | R. M. Johnson | 0.20 | Reviewing local rule regarding motion for attorneys' fees | 119.00 |
| 02/10/23 | S. Mesher | 0.20 | Call with Mr. Waxman regarding outstanding issues and status of litigation | 128.00 |
| 02/10/23 | S. Mesher | 3.10 | Call with Mr. Pogorzelski and Mr. Morton and Mr. Johnson regarding potential actions against Plaintiff for damages; review case law regarding same; review pleadings filed by Plaintiffs and notes on inaccuracies and dishonest assertions to Judge Gayles | 1,984.00 |
| 02/10/23 | J. B. Morton | 1.60 | Strategize regarding next steps; strategize regarding damages and fees ; review research regarding same | 1,304.00 |
| 02/10/23 | H. M. Pogorzelski | 2.60 | Telephone conference with team regarding strategy and options for reimbursement of client damages and attorneys' fees; follow up with Plaintiff's counsel regarding status update and damage for compliance with the Court's disclosure order regarding missing motions and materials submitted by Plaintiff in support | 1,547.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | of TRO; telephone conference with S. Mesher regarding the same; consideration of local rule regarding timetable for seeking attorneys' fees as provided by R. Johnson; consideration of legal research regarding vexatious litigant and court's inherent power to sanction as provided by R. Johnson | |
| 02/13/23 | R. M. Johnson | 0.70 | Researching orders on sanctions previously entered by assigned judge | 416.50 |
| 02/13/23 | S. Mesher | 0.20 | Attention to communications with client regarding damages and calculations for issues caused by Plaintiff | 128.00 |
| 02/13/23 | J. B. Morton | 0.60 | Analyze research; draft emails regarding same | 489.00 |
| 02/13/23 | H. M. Pogorzelski | 2.70 | Begin outlining demand letter to defendants; follow up with client rep K. Raisbeck regarding details of client monetary damages; docketing of deadlines for filing motion for damages and attorneys' fees | 1,606.50 |
| 02/14/23 | H. M. Pogorzelski | 0.90 | Continue drafting demand letter | 535.50 |
| 02/15/23 | J. B. Morton | 0.40 | Strategize regarding sanctions and damages | 326.00 |
| 02/15/23 | H. M. Pogorzelski | 6.70 | Complete first draft of demand letter including detailed legal basis for claims; forward to S. Mesher for input; continue preparing client declaration in support of fee motion | 3,986.50 |
| 02/16/23 | R. M. Johnson | 0.70 | Researching district court cases regarding Rule 11 safe harbor provisions | 416.50 |
| 02/16/23 | R. M. Johnson | 0.80 | Researching Florida federal case law to determine deadline for motion for attorneys' fees | 476.00 |
| 02/16/23 | S. Mesher | 0.60 | Review proposed demand letter; communications with and instructions to Mr. Pogorzelski regarding same; attention to correspondence with opposing counsel regarding demand | 384.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | letter as well as meet and confer obligations/scheduling | |
| 02/16/23 | J. B. Morton | 0.50 | Analyze research regarding time to file fee motion | 407.50 |
| 02/16/23 | H. M. Pogorzelski | 1.90 | Finalize and send letter; discussions with team regarding next steps; discussions with client regarding additional details supporting damages claim; continue preparing client declaration in support of fee motion | 1,130.50 |
| 02/17/23 | S. Mesher | 0.40 | Attention to further communications with Mr. Pogorzelski regarding damages issues and review correspondence from opposing counsel | 256.00 |
| 02/17/23 | J. B. Morton | 0.20 | Strategize regarding fees; analyze filings | 163.00 |
| 02/17/23 | H. M. Pogorzelski | 1.60 | Discussions with Plaintiff's counsel and team regarding meet and confer prior to filing of motion for fees and bond; scheduling of meet and confer; report back to client regarding the same; update docket to memorialize upcoming deadlines; brief review of recent case filings; forward to team with brief explanation; telephone conference with S. Mesher to discuss the same | 952.00 |
| 02/20/23 | R. M. Johnson | 0.20 | Confirming timing to file motion for attorneys' fees | 119.00 |
| 02/21/23 | H. M. Pogorzelski | 0.70 | Initial review of damages estimates forwarded by client; continue preparing declaration in support of damages for client representative | 416.50 |
| 02/22/23 | S. Mesher | 0.30 | Review correspondence from counsel for opposing counsel; discuss same with Mr. Pogorzelski and forward to Mr. Waxman; call with Mr. Waxman (no charge for that); Agree to request from opposing counsel | 192.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | for meet and confer rescheduling | |
| 02/22/23 | J. B. Morton | 0.30 | Review response letter | 244.50 |
| 02/22/23 | H. M. Pogorzelski | 1.70 | Consideration of responsive letter from counsel for Rubio Law Firm, regarding Plaintiff/Rubio liability for client damages; confer with team regarding the same; email to client with initial impressions | 1,011.50 |
| 02/23/23 | R. M. Johnson | 1.00 | Reviewing response letter served by attorney for Plaintiff's counsel | 595.00 |
| 02/23/23 | R. M. Johnson | 1.30 | Researching legal arguments made by counsel for Plaintiff's counsel; drafting summary of findings | 773.50 |
| 02/23/23 | J. B. Morton | 1.50 | Analyze response letter; draft strategy email; strategize regarding response | 1,222.50 |
| 02/23/23 | H. M. Pogorzelski | 2.60 | Further consideration of letter from counsel for Rubio Law Firm and consideration of input from J. Morton; confer with team concerning next steps; consideration of legal research performed by R. Johnson; follow up with R. Johnson regarding additional legal research; follow up with client to request further information regarding relationship between client and Plaintiff | 1,547.00 |
| 02/24/23 | R. M. Johnson | 1.50 | Researching 11th circuit and federal law regarding prevailing party in context of voluntary dismissal in TRO action | 892.50 |
| 02/24/23 | H. M. Pogorzelski | 0.70 | Review materials provided by client regarding contracts between client and Plaintiff; follow up email to client to request more information; review interim email report from client | 416.50 |
| 02/27/23 | R. M. Johnson | 0.60 | Researching case law regarding prevailing party | 357.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | status in extraordinary patent cases | |
| 02/27/23 | J. B. Morton | 0.30 | Strategize regarding prevailing party arguments | 244.50 |
| 03/03/23 | J. B. Morton | 0.80 | Strategize regarding motion for fees and damages | 652.00 |
| | | TOTAL FEES | 107.30   hrs | $ 67,136.50 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Westlaw Research | 7,515.31 |
| Filing Fees-Pro Hac Vice for Attorneys H. Pogorzelski and S. Mesher | 400.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 7,915.31 |

---------------------------------------------------------------------------------------------------------------------------

## BILLING SUMMARY

| | | |
|---|---|---|
| Fees: | $ | 67,008.50 |
| Disbursements: | $ | 7,915.31 |
| **TOTAL FOR INVOICE - All Matters:** | **$** | **74,923.81** |

# K&L GATES
## CHECK REQUEST FORM

| FOR ACCOUNTING USE ONLY: | | | |
|---|---|---|---|
| VENDOR # | VOUCHER # | INPUT BY: | PAY DATE: |

Southern District of Florida (Federal Court)

PAYEE                                                                                          TRUST CHECK ☐

ADDRESS

| | 02/07/2023 | $200.00 | | |
|---|---|---|---|---|
| INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | DUE DATE | DUE TIME |

### G/L CHARGES

| | | |
|---|---|---|
| G/L ACCOUNT # (If Non-billable) | ATTY # / PRACTICE GROUP # | AMOUNT |

DETAILED EXPENSE DESCRIPTION

### BILLABLE CHARGES

| 2607156.00001 | 04062 | $200.00 |
|---|---|---|
| CLIENT / MATTER # | ATTORNEY/TIMEKEEPER # | COST CODE | AMOUNT |

Payment for filing of Motion Pro Hac Vice for attorney Stewart Mesher

INVOICE/CLIENT CHARGE DESCRIPTION

### 0213660 (CRANE) CHECK REQUESTS

| | | ATTACH APPROVAL FOR |
|---|---|---|
| CLAIMANT NAME | CLAIMANT JURISDICTION (state and county) | REQUEST OVER $500.00 |

CHECK STUB TEXT

ADDITIONAL INFORMATION

### APPROVALS

| REQUESTED BY: | /s/ Raquel Sanz | Raquel Sanz | (305) 539-3333 |
|---|---|---|---|
| | (SIGNATURE) | (PRINTED NAME) | (PHONE #) |
| OFFICE LOCATION: | Miami | | |
| APPROVED BY: | /s/ Scott Wilkenson | Scott Wilkenson | 02/07/2023 |
| | (SIGNATURE) | (PRINTED NAME) | (DATE) |
| APPROVED BY: | | | |
| | (SIGNATURE) | (PRINTED NAME) | (DATE) |

### DELIVERY INSTRUCTIONS

| | MAIL DIRECT TO VENDOR | ATTACHMENTS? | | |
|---|---|---|---|---|
| | RETURN TO | | (NAME) | (OFFICE) |
| | PICK UP - CALL | | (NAME) ( ) | (PHONE #) |

RECEIVED BY:

Form Date 06/04/2012

| | |
|---|---|
| **From:** | <u>Wilkenson, Scott</u> |
| **To:** | <u>Sanz, Raquel</u> |
| **Cc:** | <u>Zephir, Evelyn</u> |
| **Subject:** | RE: Approval |
| **Date:** | Tuesday, February 7, 2023 6:08:28 PM |

Yes, approved



Scott Wilkenson

Director of Administration, Charleston & Miami

K&L Gates LLP

200 South Biscayne Blvd.

Suite 3900

Miami, Fl. 33131

Phone: 305-539-3349

Fax: 305-358-7095

<u>scott.wilkenson@klgates.com</u>

<u>www.klgates.com</u>

**From:** Sanz, Raquel <Raquel.Sanz@klgates.com>
**Sent:** Tuesday, February 7, 2023 6:05 PM
**To:** Wilkenson, Scott <Scott.Wilkenson@klgates.com>
**Cc:** Zephir, Evelyn <Evelyn.Zephir@klgates.com>
**Subject:** Approval

Re:     2607156.00001
        Filing fee for Motion Pro Hac Vice

Hi Scott,
OK to use the firm's credit card to make a payment in federal court?

Please advise.

Thank you,
Raquel



**Raquel Sanz**
**Sr. Legal Project Assistant**
K&L Gates LLP
200 South Biscayne Boulevard, Suite 3900

# Court Fees

Fee Schedule 28 U.S.C. §1913, 1914 and 1917

**Fees paid by personal/business checks must comply with the following conditions:**

1. Checks must be payable to "Clerk, United States Courts";
2. Checks must be imprinted with a name and address (not handwritten or typed); and
3. Case number and case name must be written in the memo section of the check

| Item | Fee |
|---|---|
| Admission of Attorneys to Practice <br> *(Note: $25.00 of this fee will be deposited with the Federal Bench and Bar Fund)* | $213.00 ** |
| Apostille (plus costs for certification and copies) | $47.00 |
| Appellate Filings/Notice of Appeal to the 11th Circuit Court of Appeal <br> *- $500.00 + $5 Docket Fee (Pursuant to 28 U.S.C.§ 1917)* | $505.00 |
| Application for Writ of Habeas Corpus | $5.00 |
| Certification of any document or paper | $11.00 |
| Check returned for lack of funds | $53.00 |
| Cuban Liberated Civil Filing Fee *Imposed in addition to the filing fee for opening a civil action* | $6,800.00** |
| Duplicate Certificate of Admissions or Certificate of Good Standing | $20.00 ** |
| Exemplification | $23.00 ** |
| Filing Fee for Memo Cases or indexing any paper not in a case or proceeding <br><br> Registration of Judgment from another district pursuant to 28 U.S.C.§ 1963 <br><br> Letter of Rogatory/Request for Judicial Assistance <br><br> Petition to perpetuate testimony under Rule 27(a) of the Federal Rules of Civil Procedure <br><br> Order appointing trustees under 28 U.S.C.§ 754 | $49.00 ** |

| Item | Fee |
|------|-----|
| Memo cases<br>(i.e., Motion to quash Grand Jury, Order appointing trustees, etc.)<br><br>Power of Attorneys | |
| Filing Fee for Notice of Removal from State Court | $402.00 ** |
| Filing Fee for Opening a Civil Action<br>*(Includes $52.00 Administrative fee for Filing Civil Actions, Suit or Proceeding in a District Court)* | $402.00 ** |
| Motion to Appear Pro Hac Vice<br>*(Pursuant to S.D.F.L. Rule 4(B) of the Special Rule Governing the Admission and Practice of Attorneys)* | $200.00<br>*(per Attorney, per Case)* |
| PACER and Electronic Public Access Fees | **click here** |
| Petty Offense processing fee<br>*(Note: $30.00 per violation processed through Central Violations Bureau - CVB)* | $30.00 |
| Records Retrieval Fee/Records from Federal Records Center, National Archives<br><br>Fee for each additional box requested<br><br>**EFFECTIVE JUNE1, 2016:**<br>For electronic retrievals | $64.00<br><br><br>$39.00<br><br>$10.00, plus any charges assessed by the Federal Records Center, National Archives, or other storage location removed from the place of business of the courts. |
| Reproducing any document (per page) | $0.50 |
| Reproducing records not stored in CM/ECF or PACER in electronic form | $31.00 |
| Reproducing of magnetic tape recordings (cassette or reel-to-reel) | $32.00 ** |
| Search (per name or item) | $32.00 ** |

## Sanz, Raquel

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, February 7, 2023 5:54 PM
**To:** Sanz, Raquel
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

External Sender:

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 6249024
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: AFLSDC-16307082
Approval Code: 125489
Card Number: ************5006
Date/Time: 02/07/2023 05:54:02 ET

NOTE: This is an automated message. Please do not reply

# K&L GATES
## CHECK REQUEST FORM

| FOR ACCOUNTING USE ONLY: | | | |
|---|---|---|---|
| VENDOR # | VOUCHER # | INPUT BY: | PAY DATE: |

Southern District of Florida (Federal Court)

PAYEE                                                                                          TRUST CHECK ☐

ADDRESS

| 02/06/2023 | $200.00 | | |
|---|---|---|---|
| INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | DUE DATE | DUE TIME |

### G/L CHARGES

| G/L ACCOUNT # (If Non-billable) | ATTY # / PRACTICE GROUP # | AMOUNT |
|---|---|---|

DETAILED EXPENSE DESCRIPTION

### BILLABLE CHARGES

| 2607156.00001 | 04062 | $200.00 |
|---|---|---|
| CLIENT / MATTER # | ATTORNEY/TIMEKEEPER # | COST CODE | AMOUNT |

Payment for filing of Motion Pro Hac Vice for attorney Henry Pogorzelski

INVOICE/CLIENT CHARGE DESCRIPTION

### 0213660 (CRANE) CHECK REQUESTS

| | | ATTACH APPROVAL FOR |
|---|---|---|
| CLAIMANT NAME | CLAIMANT JURISDICTION (state and county) | REQUEST OVER $500.00 |

CHECK STUB TEXT

ADDITIONAL INFORMATION

### APPROVALS

| REQUESTED BY: | /s/ Raquel Sanz | Raquel Sanz | (305) 539-3333 |
|---|---|---|---|
| | (SIGNATURE) | (PRINTED NAME) | (PHONE #) |
| OFFICE LOCATION: | Miami | | |
| APPROVED BY: | /s/ Scott Wilkenson | Scott Wilkenson | 02/06/2023 |
| | (SIGNATURE) | (PRINTED NAME) | (DATE) |
| APPROVED BY: | | | |
| | (SIGNATURE) | (PRINTED NAME) | (DATE) |

### DELIVERY INSTRUCTIONS

| | MAIL DIRECT TO VENDOR | ATTACHMENTS? | | |
|---|---|---|---|---|
| | RETURN TO | | (NAME) | (OFFICE) |
| | PICK UP - CALL | | (NAME) ( ) | (PHONE #) |

RECEIVED BY:

Form Date 06/04/2012

**Sanz, Raquel**

| | |
|---|---|
| **From:** | Wilkenson, Scott |
| **Sent:** | Monday, February 6, 2023 11:45 AM |
| **To:** | Sanz, Raquel |
| **Cc:** | Zephir, Evelyn |
| **Subject:** | RE: Approval |

approved

**K&L GATES**

Scott Wilkenson
Director of Administration, Charleston & Miami
K&L Gates LLP
200 South Biscayne Blvd.
Suite 3900
Miami, Fl. 33131
Phone: 305-539-3349
Fax: 305-358-7095
scott.wilkenson@klgates.com
www.klgates.com

**From:** Sanz, Raquel <Raquel.Sanz@klgates.com>
**Sent:** Monday, February 6, 2023 11:45 AM
**To:** Wilkenson, Scott <Scott.Wilkenson@klgates.com>
**Cc:** Zephir, Evelyn <Evelyn.Zephir@klgates.com>
**Subject:** Approval

Re:      2607156.00001
         Filing fee for Motion Pro Hac Vice

Hi Scott,
OK to use the firm's credit card to make a payment in federal court?

Please advise.

Thank you,
Raquel

**K&L GATES**

**Raquel Sanz**
Sr. Legal Project Assistant
K&L Gates LLP
200 South Biscayne Boulevard, Suite 3900
Miami , FL 33131-2399

# Court Fees

Fee Schedule 28 U.S.C. §1913, 1914 and 1917

**Fees paid by personal/business checks must comply with the following conditions:**

1. Checks must be payable to "Clerk, United States Courts";
2. Checks must be imprinted with a name and address (not handwritten or typed); and
3. Case number and case name must be written in the memo section of the check

| Item | Fee |
|---|---|
| Admission of Attorneys to Practice<br>*(Note: $25.00 of this fee will be deposited with the Federal Bench and Bar Fund)* | $213.00 ** |
| Apostille (plus costs for certification and copies) | $47.00 |
| Appellate Filings/Notice of Appeal to the 11th Circuit Court of Appeal<br>*- $500.00 + $5 Docket Fee (Pursuant to 28 U.S.C.§ 1917)* | $505.00 |
| Application for Writ of Habeas Corpus | $5.00 |
| Certification of any document or paper | $11.00 |
| Check returned for lack of funds | $53.00 |
| Cuban Liberated Civil Filing Fee *Imposed in addition to the filing fee for opening a civil action* | $6,800.00** |
| Duplicate Certificate of Admissions or Certificate of Good Standing | $20.00 ** |
| Exemplification | $23.00 ** |
| Filing Fee for Memo Cases or indexing any paper not in a case or proceeding<br><br>Registration of Judgment from another district pursuant to 28 U.S.C.§ 1963<br><br>Letter of Rogatory/Request for Judicial Assistance<br><br>Petition to perpetuate testimony under Rule 27(a) of the Federal Rules of Civil Procedure<br><br>Order appointing trustees under 28 U.S.C.§ 754 | $49.00 ** |

| Item | Fee |
|---|---|
| Memo cases<br>(i.e., Motion to quash Grand Jury, Order appointing trustees, etc.)<br><br>Power of Attorneys | |
| Filing Fee for Notice of Removal from State Court | $402.00 ** |
| Filing Fee for Opening a Civil Action<br>*(Includes $52.00 Administrative fee for Filing Civil Actions, Suit or Proceeding in a District Court)* | $402.00 ** |
| Motion to Appear Pro Hac Vice<br>*(Pursuant to S.D.F.L. Rule 4(B) of the Special Rule Governing the Admission and Practice of Attorneys)* | $200.00<br>*(per Attorney, per Case)* |
| PACER and Electronic Public Access Fees | **click here** |
| Petty Offense processing fee<br>*(Note: $30.00 per violation processed through Central Violations Bureau - CVB)* | $30.00 |
| Records Retrieval Fee/Records from Federal Records Center, National Archives<br><br>Fee for each additional box requested<br><br>**EFFECTIVE JUNE1, 2016:**<br>For electronic retrievals | $64.00<br><br><br>$39.00<br><br>$10.00, plus any charges assessed by the Federal Records Center, National Archives, or other storage location removed from the place of business of the courts. |
| Reproducing any document (per page) | $0.50 |
| Reproducing records not stored in CM/ECF or PACER in electronic form | $31.00 |
| Reproducing of magnetic tape recordings (cassette or reel-to-reel) | $32.00 ** |
| Search (per name or item) | $32.00 ** |

**Sanz, Raquel**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, February 6, 2023 12:16 PM |
| **To:** | Sanz, Raquel |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |

External Sender:

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 6249024
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: AFLSDC-16300585
Approval Code: 107178
Card Number: ************5006
Date/Time: 02/06/2023 12:15:37 ET

NOTE: This is an automated message. Please do not reply