# EXHIBIT F

2/7/23, 2:36 AM amazon.com: Snow MOOver 39" Extendable Snow Brush with Detachable Ice Scraper for Car | 11" Wide Squeegee & Bristle Head…

Case 1:22-cv-24270-BPG Document 56-6 Entered on FLSD Docket 04/07/2023 Page 2 of 11



# Snow MOOver 39" Extendable Snow Brush with Detachable Ice Scraper for Car | 11" Wide Squeegee & Bristle Head | Size: Car & SUV | Lightweight Aluminum Body with Ergonomic Grip | Windshield Paint Safe

Visit the Snow MOOver Store

4,116 ratings | 12 answered questions

$32.96

FREE Returns

Get $50 off instantly: Pay $0.00 $32.96 upon approval for the Amazon Rewards Visa Card. No annual fee.

Local Business

Size: **39 inch**

| 39 inch $32.96 | 39 Inch (Pack of 1) 3 options from $42.06 |

- DIMENSIONS: Extended Dimensions: 11" Width x 6" Depth x 39" Height; Dimensions: 11" Width x 6" Depth x 31" Height; Weight: 2 lbs.
- VEHICLE COMPATIBILITY: Cars, SUVs, and Small Trucks
- MULTI-FUNCTIONAL: Double Sided head offers a squeegee opposite the brush head. The ice scraper is removable for faster and easier use. The snow scraper comes with 3 separate units—Squeegee/Bristle Head Snow Brush, Ice Scraper & Telescoping extender. Piece it all together when in use or separate it for easy storage when not in season
- REACHES TOUGH SPOTS: extends up to 39" making the hard to reach pockets of snow reachable. Easily reach the middle of your windshield or the middle of your car roof.
- QUICKLY BREAK & SCRAPE AWAY ICE: tough, non-scratch jaws break through the ice surface quickly, then the flat head gets underneath to scrape away the rest. Safe to use on car wind shields and window. Great for cars and SUVs
- EASILY BRUSH AWAY SNOW: the thick bristled brush helps you remove snow from your car windshield and windows quickly

See more product details

### Additional Details

**Small Business**
This product is from a small business brand. Support small. Learn more

ilar item to consider
azon's Choice

Amazon Basics Emergency Seat Belt Cutter and Window Hammer Tool, Car Accessories, 2 Pack

(17919)
$9.26



$32.96
FREE Returns

FREE delivery **Monday, February 13**

Or fastest delivery **Thursday, February 9**. Order within 9 hrs 3 mins

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from: Amazon
Sold by: BIRDROCK HOME
Packaging: Shows what's inside

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

☐ Add a gift receipt for easy returns

Add to List

New (2) from $31.99 & FREE Shipping

Have one to sell?
Sell on Amazon





3 VIDEOS

Roll over image to zoom in

**AstroAI 47.2 inch Pivoting Ice Scraper**

Sponsored ⓘ

Sav
Astro
Savin
$21

**Ultimate Win Cleaning Kit - Wash & Dry**

Docapole 36 ft Reach Window Washing

Sponsored ⓘ

## Frequently bought together



Total price: $45.95

[ Add both to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Snow MOOver 39" Extendable Snow Brush with Detachable Ice Scraper for Car | 11" Wide Squeegee & Bri… $32

☑ AstroAI 27 Inch Snow Brush and Detachable Ice Scraper with Ergonomic Foam Grip for Cars, Trucks, SUVs (Heavy Du… $12

### 4 stars and above
Sponsored ⓘ

     

| AstroAI 47.2" Ice Scrapers for Car Windshield, 3 in 1 Sturdy Snow Brush with… | Yougfin 42" Extendable Snow Brush and Ice Scraper, 180° Pivoting Snow Ice Scraper B… | JOYTUTUS 61" Ice Scraper and Snow Broom for Car Windshield,… | AstroAI 47.2" Ice Scraper and Extendable Snow Scraper for Car Windshield with Foam … | 27" Snow Brush and Snow Scraper for Car, Ice Scrapers for Car Windshield with Foam … | Aoryoa 44" Ice S and Extendable Brush, Ice Scrap Windshield De… |
|---|---|---|---|---|---|
| 1,617 | 61 | 607 | 2,796 | 4,163 | 11 |
| $24.49 prime | $24.97 prime | $24.99 prime | Limited time deal | $14.99 prime | $17.98 prime |
| | Save 20% with coupon | | $19.99 prime | | |
| | | | List: $27.99 (29% off) | | |

### Save 15% or more
Sponsored ⓘ

     

| AstroAI 47.2" Ice Scrapers for Car Windshield, 3 in 1 Sturdy Snow Brush with… | AstroAI 47.2" Ice Scraper and Extendable Snow Brush for Car Windshield with Foam Gr… | 55" Scratch Free Extendable Ice Scraper Snow Brush for Car Windshield, Anti-Break… | Tenozek 37.5" Extendable Snow Brush and Ice Scrapers for Car Windshield Snow… | anngrowy 41" Ice Scraper Snow Brush for Car Snow Scraper and Brush Snow Broom… | SEAAES 4 in 1 I Scraper and Sn with Squeegee, Extendable Sno |
|---|---|---|---|---|---|
| 1,617 | 2,796 | 185 | 687 | 300 | 73 |
| $24.49 prime | Limited time deal | $27.99 prime | $29.99 prime | $25.69 prime | $15.98 prime |
| List: $31.99 (23% off) | $19.99 prime | List: $45.99 (39% off) | Save 40% with coupon | Save 5% with coupon | List: $43.98 (64% |
| | List: $27.99 (29% off) | | List: $39.99 (25% off) | List: $32.99 (22% off) | |

### From the brand




**Snow Brushes for Trucks & SUVs**
Visit the Store

**Snow Brushes for Cars**
Visit the Store

**Product Description**





The Snow Moover 39" Extendable Snow Brush with Squeegee & Ice Scraper helps you remove snow from your car windshield and windows quickly. The double-Sided head offers a squeegee opposite the brush head. The ice scraper is removable for faster and easier use. The snow scraper comes with 3 separate units—Squeegee/Bristle Head Snow Brush, Ice Scraper, and telescoping extender. The snow scraper features tough, non-scratch jaws that break through the ice surface quickly, then the flat head gets underneath to scrape away the rest. Safe to use on car windshields and windows. Great for cars and SUVs. The snow brush and shovel extend up to 39" making the hard-to-reach pockets of snow reachable. Easily reach the middle of your windshield or the middle of your car roof.

- Includes Snow Brush, Ice Scraper and Telescoping Extender
- Extends up to 39"
- Soft Bristle/Squeegee Combo Head
- Ergonomic Grip
- Ice Breaker and Scraper Combo Ice Scraper
- Brush Head Pivots 270 degrees
- Lightweight: 2 lbs.
- Non-scratch



**Conquer Winter**
The brush head helps your remove snow quickly and efficiently. The ice scraper and ice breaker combo allow you to break through thick layers of ice and remove it.

**Scratch Free Ice Scraper & Ice Breaker COMBO**

The brush features an flat ice scraper and ice breaker jaws. Use the jaws to break up the ice, then use the scraper to remove it. The ice scraper is removable for faster and easier use.

**Ergonomic Grip**

Features a large padded handle with built-in grip grooves for better control and comfortable snow brushing!

**Squeegee & Brush Head Combo**

The double Sided head offers a squeegee opposite the brush head. The ice scraper is removable for faster and easier use.

**Compact Storage**

Each part of the snow brush is detachable so you can use it easier in specific situations. The detachable parts also make the brush compact and super easy to store in your car, truck or garage.



| | Extra Long Deluxe Snow Brush & Ice Scraper | Snow Brush/Squeegee Head & Ice Scraper | Snow Brush/Squeegee Head, Ice Scraper & Snow Shovel | Compact Snow Brush & Ice Scraper | Snow Brush & Ice Scraper | 2 Pack Ice Scraper with Gloves |
|---|---|---|---|---|---|---|
| Vehicle Size | Car/Truck/RV | Car/Truck | Car/Truck | Car | Car/Truck | Car |
| Features | Extra Long 60" Length, 270' Pivoting Head, Detachable and Scratch Free Ice Scraper | 39" Length, 270' Pivoting Brush Head, Detachable and Scratch Free Ice Scraper | Lightweight, Snow Shovel Attachments, 270' Pivoting Brush Head, Detachable and Scratch Free Ice Scraper | Lightweight, Compact Size (Easy Storage), Large Brush, Detachable and Scratch Free Ice Scraper | 39" Length, 270' Pivoting Brush Head, Detachable and Scratch Free Ice Scraper | Detachable Gloves, Ice Breaker/Scraper Design, Waterproof Exterior, Non-Scratch, Fits Any Hand Size, Foam Grip, Warm & Cozy Interior, Durable Plastic Build |
| Full Length | 60" | 39" | 39" | 24" | 39" | 9.5" |
| Extendable | ✓ | ✓ | ✓ | | ✓ | |
| Brush | ✓ | ✓ | ✓ | ✓ | | |
| Foam Head | ✓ | | | | ✓ | |
| Squeegee | | ✓ | ✓ | | | |
| Ice Scraper & Ice Breaker Combo | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Snow Shovel/Handle Attachments | | | ✓ | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Detachable Gloves |  |  |  |  |  | ✓ |



|  | Deluxe Snow Brush & Ice Scraper | Snow Brush & Ice Scraper/Breaker Combo | Premium Extra Long Deluxe Snow Brush & Ice Scraper | Compact Snow Brush & Ice Scraper/Breaker Combo | Extra Long Snow Brush/Squeegee Head & Ice Scraper | Folding Emergency Snow Shovel |
|---|---|---|---|---|---|---|
| Vehicle Size | Car/SUV/Truck/RV | Car/SUV/Truck | Car/SUV/Truck/RV | Car | Car/SUV/Truck/RV | Car/SUV/Truck/RV |
| Features | Long 55" Length, 270' Pivoting Brush Head, Detachable and Scratch Free Ice Scraper | Long 50" Length, 270' Pivoting Brush Head, Scratch Free Ice Scraper | Extra Long 60" Length, 270' Pivoting Head, Detachable and Scratch Free Ice Scraper | Lightweight, Compact Size (Easy Storage), 270' Pivoting Brush Head, Scratch Free Ice Scraper | Long 58" Length, 270' Pivoting Brush Head, Detachable and Scratch Free Ice Scraper | Folding, Lightweight, Compact, Extends to 34", Made of Durable Aluminum |
| Full Length | 55" | 50" | 60" | 20" | 58" | 34" |
| Extendable | ✓ | ✓ | ✓ |  | ✓ | ✓ |
| Pivoting Head | ✓ | ✓ | ✓ | ✓ | ✓ |  |
| Brush |  | ✓ | ✓ | ✓ | ✓ |  |
| Foam Head | ✓ |  |  |  |  |  |
| Squeegee |  |  | ✓ |  | ✓ |  |
| Ice Scraper & Ice Breaker Combo | ✓ | ✓ | ✓ | ✓ | ✓ |  |

## Product information

### Technical Details

| Manufacturer | BirdRock Home |
|---|---|
| Brand | Snow MOOver |
| Item Weight | 2 pounds |
| Package Dimensions | 17.87 x 6.65 x 4.72 inches |
| Item model number | 5 |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | 10834 |
| Special Features | Ice Scraper, Extendable, Squeegee, Bristle Brush, Folding |

### Additional Information

| ASIN | B076PVN38H |
|---|---|
| Customer Reviews | 4.6 out of 5 stars    4,116 ratings |
| Best Sellers Rank | #8,707 in Automotive (See Top 100 in Automotive) #40 in Ice Scrapers & Snow Brushes #986 in Car Care |
| Date First Available | October 23, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

**Products related to this item**                                                                                                                 Page 1 of 24

Sponsored ⓘ








**AstroAI 47.2" Ice Scrapers for Car Windshield, 3 in 1 Sturdy Snow Brush with…**
★★★★☆ 1,617
$24.49 ✓prime

**AstroAI 2 Pack 27" Snow Brush and Detachable Deluxe Ice Scraper with Ergonomic Foam…**
★★★★☆ 3,186
Limited time deal
$16.99 ✓prime
List: $25.99 (35% off)

**AstroAI 47.2" Ice Scraper and Extendable Snow Brush for Car Windshield with Foam Gr…**
★★★★☆ 2,796
Limited time deal
$19.99 ✓prime
List: $27.99 (29% off)

**AstroAI 27 Inch Snow Brush and Detachable Ice Scraper with Ergonomic Foam Grip…**
★★★★☆ 22,903
#1 Best Seller
$12.99 ✓prime

**Yougfin 33" Extendable Ice Scraper Snow Brush Detachable Snow Removal Tool with Erg…**
★★★★☆ 61
$19.97 ✓prime

**Henoty 2** Brush an Ice Scrap Comforta
Limited
$9.99
List: $19.9

## Brands in this category on Amazon

Sponsored ⓘ




## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer questions & answers

**3 votes** ▲▼

**Question:** How wide is the actual brush? It looks pretty small in the pictures

**Answer:** The brush is 12" wide, more than enough to do the job. We have three of these; one for each car! They work like a dream! Kathy
By kathy garofalo on December 9, 2017

˅ See more answers (1)

**2 votes** ▲▼

**Question:** Where is this made?

**Answer:** I really don't know, didn't look. It is very sturdy but haven't had a chance to try it because of no snow!
By DaphneN on December 18, 2017

˅ See more answers (2)

**2 votes** ▲▼

**Question:** Does the extension pole have a actual push locking device not a turn the to tighten

**Answer:** Yes, it has a push button to securely lock the pole into place.
By BIRDROCK HOME SELLER on November 3, 2017

**0 votes** ▲▼

**Question:** I'm curious as to how heavy it is?

**Answer:** It is not very heavy. I don't find the weight to be an issue at all.
By Chihollili on December 13, 2017

˅ See more answers (2)

See more answered questions (8)

2/7/23, 2:35 PM  Amazon.com: Snow MOOver Extendable Snow Brush with Detachable Ice Scraper for 4/6/7/12 Wide Squeegee & Bristle Head…

Case 1:22-cv-24270-BPC Document 56-6 Entered on FLSD Docket 04/07/2023 Page 8 of 11

## Customer reviews

4.6 out of 5

4,116 global ratings

5 star 76%
4 star 14%
3 star 5%
2 star 2%
1 star 3%

⌄ How customer reviews and ratings work

### By feature

Easy to assemble    4.8
Easy to remove      4.6
Easy to use         4.5

⌄ See more

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Shop now

Sponsored ⓘ

### Reviews with images



See all customer images

### Read reviews that mention

| snow brush | ice scraper | well made | heavy duty | snow and ice |
| highly recommend | long enough | put together | pivot point |
| ever owned | easy to use | snow removal | snow moover |

Top reviews ⌄

## Top reviews from the United States

**J.C.V.**

☆☆☆☆☆ **Ohhh shame shame shame****Update****

Reviewed in the United States on November 20, 2022

Size: 39 inch | Verified Purchase

Well let me start by saying I want to love this because it is a really nice winter helper BUT. Ok here is the skinny from my first experience as I opened up box. First I was a bit surprised it was disassembled but I guess for shipping savings is possibly reason. The Problem started there unfortunately though as there is 3 parts to this. Scraper end -handle/shaft mid section and then brush/squeegee end that's it. So paper shows pushing together both ends into middle handle section and are clearly labeled A end and B end to match same labs on handle, nice. And then it happened . The company went from awesome look and feel item to Cheap and Unreliable in a blink of an eye. The Major and Final death of this item THE SNAP BUTTON. The handle has 1 locking button at each end that the attachment ends is supposed to slide over and the Snap Back Up into the head attachment there by locking the handle to head. This Pop Up Button has No Spring No means of tension other than from what I saw the plastic itself so as I pushed the head onto handle the Button went down and stayed down thereby ruining entire unit in less than 30 seconds. Unbelievable that the cost of building this quality design item was sacrificed by 1 moment of cheapness in design. I've had and seen millions of items with a similar principle of a button engaging 1 end to another but this was by far the cheapest and least reliable attempt I've seen to date and guessing why I haven't

⌄ Read more

13 people found this helpful

[ Helpful ]  |  Report abuse

**Marissa DeAngelis**

☆☆☆☆☆ **I ran it over with my car & it didn't break**

Reviewed in the United States on February 5, 2023

Size: 39 inch | Verified Purchase

This snow brush is legit! I accidentally ran it over with my car and it somehow didn't break. It took less than a minute to unpackage, and works awesome for snow and ice removal on my Nissan SUV. Having a decent snowbrush for winters in New England is a must and this one exceeds my expectations - recommended it to a bunch of my family and friends, very happy with my purchase!

[ Helpful ]  |  Report abuse

**DH**

☆☆☆☆☆ **Great for Those With Trucks or SUVs**

Reviewed in the United States on January 19, 2023

Size: 39 inch | Verified Purchase

This product has come in handy multiple times this winter. I have always struggled to clean off the snow off of my SUV with the standard short snow brush/scrapers. This brush was very easy to put together and I just keep it in my car the whole time. Whenever there is a lot of snow this brush allows me to quickly and thoroughly get the snow off of my windshield and on the top of my car.

2/7/23, 2:36 AM Amazon.com: Snow MOOver Extendable Snow Brush with Detachable Ice Scraper for Car | 2 Wide Squeegee & Bristle Head…

Case 1:22-cv-24270-BPC Document 56-6 Entered on FLSD Docket 04/07/2023 Page 9 of 11

Helpful | Report abuse

**Tech Editor**

☆☆☆☆☆ **Held up to the 2022 Christmas Bomb Cycline with 4+ feet of Snow!**
Reviewed in the United States on January 2, 2023
Size: 39 inch | Verified Purchase

Ice scraper end is effective. The brush end is also effective and the lock for the head locks up solid and doesn't want to pivot, even when pushing a foot of snow off a hood. The rubber squeegee side of the head also does its job effectively. Wish it was just a bit longer for the top of a truck cab. Can't quite push the snow completely over the other side. So you have to drag it back towards you, that ends up on you!

One person found this helpful

Helpful | Report abuse

**Carson Rideout**

☆☆☆☆☆ **Best on the market, a bit heavy**
Reviewed in the United States on January 16, 2023
Size: 39 inch | Verified Purchase

Pros: brush is sturdy af, scraper is great, squeegee works great, long enough to get snow off roof of lifted SUV, witty product name

Cons: kind of heavy (teenagers/smaller adults may struggle), could have another section of grip further up the handle, not a single cow sticker on it:(

Helpful | Report abuse

**David Williams**

☆☆☆☆☆ **LOOK NO FURTHER**
Reviewed in the United States on January 15, 2023
Size: 39 inch | Verified Purchase

The best ice scraper and snow brush, an Excalibur. Very easy to use cuts through frost and Ice like a hot knife through butter. Removes snow quickly off your vehicle. I highly recommend buying you will not be sorry.

Helpful | Report abuse

**William C Wilson** VINE VOICE

☆☆☆☆☆ **Great piece**
Reviewed in the United States on January 7, 2023
Size: 39 inch | Verified Purchase

It extends to reach my whole wind shield and rear window of my ram 1500. Study construction and easy to put together. Angles on the scraper are good for stuck ice or just thicker snow. Brush is sturdy enough not to fold over under snow weight but it won't damage the paint. Highly recommended.

Helpful | Report abuse

**TenK**

☆☆☆☆☆ **Fantastic**
Reviewed in the United States on December 29, 2022
Size: 39 inch | Verified Purchase

This is a must have living in northern Colorado. This thing works great, makes getting on the road in the wee hours of the morning much more efficient. The scraper could be a little wider. But the broom is fantastic and the extension is a great feature. It's also a nice size, the grips are large, comfortable and I can hold onto it easily with gloves on.

Helpful | Report abuse

See all reviews ›

## Top reviews from other countries

**Maria**

★☆☆☆☆ **Broken after 2 times - disappointing**
Reviewed in Canada on December 6, 2019

Size: 39 inch | Verified Purchase

The brush is sturdy overall but one of the most important parts broke after only 2 regular uses!
The head pivots which is great but not if it breaks.
It's made of weak plastic but should be metal.
Unfortunately we can't return it since the 1 month return date was mid October before snow fall even stars.
Had to use an old, better made, brush to finish the job.



3 people found this helpful

Report abuse

Kev inYVR

 **Wouldn't buy again.**
Reviewed in Canada on November 27, 2019
Size: 39 inch | Verified Purchase

The squeegee blade is rock hard at freezing. Totally useless trying to squeegee my window off. Won't conform to windshield more than a few inches.

Complete failure. The squeegee blade SHOULD HAVE BEEN made of silicone.

The rest is well built and robust but in my opinion too big. Even the smaller one is too big. It should be shorter and exted.

One person found this helpful

Report abuse

Joy

 **Broke after second use**
Reviewed in Canada on November 12, 2019
Size: 39 inch | Verified Purchase

The product was quite expensive for what it is- the extendable feature is great, the plastic for scraping and brush bristles are good quality however the actual mechanism feels cheap. I'm located in the GTA of Ontario and we had our first snowfall, and the head (pivoting) cracked after the second use- this the head is no longer attached to the body.



2 people found this helpful

Report abuse

Engineer

 **Pretty sturdy, not sure if it's worth the price though**
Reviewed in Canada on December 14, 2019
Size: 39 inch | Verified Purchase

I feel like at this price point it is possible to get better snow brushes. I've only used this a couple times so I can't speak for its durability through a rough winter, but it looks like it will do okay. It's nice and flexible but a little pricey.

Report abuse

Amazon Customer

 **Not bad.**
Reviewed in Canada on August 12, 2018
Size: 39 inch | Verified Purchase

Good product for the price. Decent quality. After a few uses the locking mechanism broke on me. I couldn't fix it all. Now the top part keeps spinning around and won't stop. Helped make the job easier until it broke on me.

2 people found this helpful

2/7/23, 2:56 PM    Amazon.com: Snow MOOver Extendable Snow Broom with Detachable Ice Scraper | Wide Squeegee & Bristle Head...

Case 1:22-cv-24270-DPG    Document 56-6 Entered on FLSD Docket 04/07/2023    Page 11 of 11

Report abuse

See all reviews ›

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

### Let Us Help You
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Amazon Assistant
- Help

    English    United States

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances |
| Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities |
| IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store |
| Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door |
| | | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates