UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NINGBO YONGJIA AIDUO
AUTO PARTS MANU CO., LTD.,

    Plaintiff,

v.

CASE NO. 1:22-cv-24270-DPG

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

_____

### NOTICE OF FILING CORRECTED DECLARATION

Defendant WAXMAN SALES LLC, a Texas limited liability company d/b/a BirdRock Home ("Defendant"), by and through undersigned counsel, hereby gives notice of filing the Corrected Declaration of Henry M. Pogorzelski in Support of Motion for Award of Attorneys' Fees and Damages by Defendant Waxman Sales LLC dba BirdRock Home (the "Declaration"). An earlier version of the Declaration was mistakenly attached as Exhibit "I" to Defendant's Motion for Award of Attorneys' Fees and Damages [D.E. 56].

Date: April 20, 2023

Respectfully submitted,

**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33131
Telephone: (305) 539-3300
Facsimile: (305) 358-7095

*/s/ Jonathan B. Morton*
Jonathan B. Morton

Florida Bar No.: 0956872
jonathan.morton@klgates.com
Rasheem Johnson
Florida Bar No.: 1011350
rasheem.johnson@klgates.com
Henry Pogorzelski, *pro hac vice*
Stewart Mesher, *pro hac vice*
*Attorneys for Waxman Sales LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2023, a true and complete copy of the foregoing was electronically filed via CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Jonathan B. Morton*
Jonathan B. Morton

# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **NINGBO YONGJIA AIDUO AUTO PARTS MANU CO., LTD.,**<br><br>  Plaintiff,<br><br>  v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** including<br><br>**WAXMAN SALES, LLC,** a Texas limited liability company,<br><br>  Defendants. | Case No.: 1:22-cv-24270-DPG |

### DECLARATION OF HENRY M. POGORZELSKI IN SUPPORT OF WAXMAN MOTION FOR AWARD OF ATTORNEYS FEES AND DAMAGES BY DEFENDANT WAXMAN SALES LLC dba BIRDROCK HOME

I, Henry M. Pogorzelski, state as follows:

I am an attorney at the law firm of K&L Gates LLP and am one of the attorneys representing Defendant Waxman Sales, LLC in the above captioned action. I have personal knowledge of the facts set forth in this declaration. If called upon to testify under oath, I could and would testify competently to the facts stated herein.

1. Attached as **Exhibit A** is a true and correct copy of ECF No. 9-2, pages 1-5, which I understand to be the infringement evidence that plaintiff submitted to the Court in support of its motion for a temporary restraining order, constituting pages from Defendant Waxman Sales' Amazon.com storefront, with yellow highlighting that I added.

1

2. Attached as **Exhibit B** is a true and correct copy of U.S. Design Patent No. D957,138, with yellow highlighting that I added.

3. Attached as **Exhibit C** is a true and correct copy of a letter that I sent to plaintiff's counsel of record dated February 5, 2023.

4. Attached as **Exhibit D** is a true and correct copy of a screenshot of a webpage entitled "About Us | BirdRock Home" from Waxman Sales' website at https://www.birdrockhome.com/about-us?page=1 that I downloaded on or about March 8, 2023.

5. Attached as **Exhibit F** is a true and correct copy of a product listing webpage at https://www.amazon.com/Snow-Moover-Extendable-Squeegee-Scraper/dp/B076PVN38H?th=1 for the snow brush having ASIN B076PVN38H, with yellow highlighting that I added.

Executed April 7, 2023.

/s/ *Henry M. Pogorzelski*
Henry M. Pogorzelski

506595269.2