# EXHIBIT 3

## Timeline from February 3 to February 9, 2023

**FRIDAY**

**February 3, 2023**

Birdrock learns of its Amazon hold

**12:32 PM**
E-mail from Birdrock to Plaintiff's Counsel

**SUNDAY**

**February 5, 2023**

**10:33 PM**
Letter from Birdrock's Counsel to Plaintiff

**MONDAY**

**February 6, 2023**

**10:07 AM**
Plaintiff files voluntary dismissal without prejudice dismissing claims against Birdrock

**10:26 AM**
Plaintiff's counsel informs Amazon of the dismissal and requests that Birdrock's accounts be released and its listings reinstated by the same day.

**11:58 AM**
Plaintiff's counsel sends an e-mail to Amazon's retraction department. Birdrock's counsel is copied.

**11:59 AM**
Court enters paperless order dismissing Defendant Birdrock

**2:46 PM**
Plaintiff's counsel sends follow-up e-mail to Amazon.

**4:36 PM**
Amazon confirms that a request is in place to have Birdrock's account released by close of business.

**TUESDAY**

**February 7, 2023**

**12:04 PM**
Amazon confirms Birdrock's accounts and listing have been released.

**7:30 PM**
Plaintiff's counsel contacts Amazon to inquire about Birdrock's scheduled payout

**THURSDAY**

**February 9, 2023**

Birdrock receives it's scheduled payout